# SUPER LAW GROUP, LLC

May 30, 2025

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Gerard M. Damiani, Jr., Executive Director
Rockland County Solid Waste Management
Authority
172 Main Street
Nanuet, NY 10954

Ronnie Ludwig, Rockland Green Assistant
Operations Manager
Richard Brunner, Wood Mulching Operations
Manager
Manny Marte, Concrete & Asphalt Processing
Manager
Clarkstown Campus
166 NY Rt. 303
West Nyack, NY 10994

Ronnie Ludwig, Rockland Green Assistant
Operations Manager
Richard Brunner, Facility Operations Manager
French Farms
226 Brewery Rd.
New City, NY 10956

Ronnie Ludwig, Rockland Green Assistant
Operations Manager
Asa Sadler, Composting Operations Manager
Don Williams, Transfer Station Operations
Manager
Manny Guzman, MRF Operations Manager
Hillburn Campus
400-420 Torne Valley Road
Hillburn, NY 10931

Ronnie Ludwig, Rockland Green Assistant
Operations Manager
Brent Kuiken, Facility Operations Manager
West Haverstraw Transfer Station
200 Beach Road
Haverstraw, NY 10993

Re:     **Notice of Violations and Intent to File Suit under the Clean Water Act**

Dear Mr. Damiani, Mr. Ludwig, and above-named addressees:

　　We are writing on behalf of Hackensack Riverkeeper, Inc. ("Hackensack Riverkeeper")
and Riverkeeper, Inc. ("Riverkeeper") (collectively, the "Notifiers") in regard to violations of the
Federal Water Pollution Control Act ("Clean Water Act" or the "CWA")[1] that Notifiers believe
are occurring at the following locations:

- 166 South Route 303, West Nyack, NY 10994 ("Clarkstown Campus Facility" or
  "Clarkstown Facility")
- 226 Brewery Road, New City, NY 10956 ("French Farms Yard Waste Composting
  Facility" or "French Farms Facility")

---

[1] 33 U.S.C. §§ 1251–1389.  We refer to statutory provisions by their section in the Clean Water Act and
provide the parallel citation to the United States Code only on first reference.

222 BROADWAY, 22ND FLOOR · NEW YORK, NEW YORK 10038
TEL: 212-242-2355     FAX: 855-242-7956     www.superlawgroup.com

Notice of Violations and Intent to File Suit
May 30, 2025
Page 2 of 47

- 400-420 Torne Valley Road, Hillburn, NY 10931 ("Hillburn Campus Facility" or "Hillburn Facility")
- 200 Beach Road, Haverstraw, NY 10993 ("West Haverstraw Transfer Station Facility" or "West Haverstraw Facility")

The Facilities are collectively referred to hereinafter as the "Facilities" or the "Rockland Green Facilities."

This letter is being sent to Rockland County Solid Waste Management Authority d/b/a Rockland Green and the above-listed addressees as the responsible owners or operators of the Facilities (all recipients are hereinafter collectively referred to as "Rockland Green"). This letter addresses Rockland Green's Clean Water Act permit violations and unlawful discharge of pollutants from the Facilities into waters of the United States as described below. The Facilities are and have been discharging stormwater pursuant to—and are required to comply with—the *New York State Department of Environmental Conservation SPDES Multi-Sector General Permit for Stormwater Discharges Associated With Industrial Activity*, GP-0-17-004 ("2018 Permit") as renewed by Permit No. GP-0-23-001 ("2023 General Permit"). The 2023 Permit continued the requirements of the 2018 Permit.[2] Notifiers refer to the 2023 Permit and the 2018 Permit in this letter collectively as the "General Permit."

The Facilities are violating the substantive and procedural requirements of the General Permit and the CWA. To address those ongoing violations, Riverkeeper intends to file suit in federal court, as organizations and on behalf of their adversely affected members, seeking appropriate equitable relief, civil penalties, and other relief no earlier than 60 days from the postmark date of this letter,[3] pursuant to Section 505(a) of the Clean Water Act.[4]

## I.

## BACKGROUND

To protect the waters of the United States, the Clean Water Act prohibits the discharge of pollutants into the waters of the United States except in compliance with a National Pollutant Discharge Elimination System ("NPDES") permit.[5] NPDES permits are issued by the United States Environmental Protection Agency ("EPA") or by states that have been authorized by EPA to act as NPDES permitting authorities, provided that the state permitting program ensures compliance with the procedural and substantive requirements of the Clean Water Act.[6]

The New York State Department of Environmental Conservation ("DEC") has been delegated the authority to issue NPDES permits in New York State. In New York, state-issued

---

[2] *See* 2023 Permit, Part I.F.2 (providing coverage retroactive to expiration of 2018 permit).
[3] *See* 40 C.F.R. § 135.2(c) (notice of intent to sue is deemed to have been served on the postmark date).
[4] 33 U.S.C. § 1365(a).
[5] CWA §§ 301(a), 402(a); 33 U.S.C. §§ 1311(a), 1342(a).
[6] CWA § 402(b)(1), 33 U.S.C. § 1342(b)(1); 40 C.F.R. § 123.25(a).

Notice of Violations and Intent to File Suit
May 30, 2025
Page 3 of 47

NPDES permits are referred to as State Pollutant Discharge Elimination System ("SPDES") permits. DEC has elected to issue a statewide SPDES general permit for industrial stormwater discharges in New York—the General Permit. The current version of the General Permit came into effect in March 2023.[7]

With every significant rainfall event, hundreds of millions of gallons of polluted rainwater pour into waterbodies in our region, including millions of gallons of polluted stormwater originating from industrial operations such as the Facilities. Stormwater pollution poses a health risk to humans, harms aquatic life, closes beaches, contaminates rivers and lakes, and impairs the environment. DEC has assessed 62% of New York State's 87,526 miles of rivers and streams, and has designated 9% of those miles, as well as 62% of assessed estuary waters, as impaired by pollutants.[8] For the vast majority of waterbodies listed as impaired, stormwater runoff is a major source of the pollutants causing the impairment.[9] Contaminated stormwater discharges can and must be controlled in order to improve and restore the quality and health of these waterbodies.

### A.    Hackensack Riverkeeper, Inc.

Hackensack Riverkeeper, Inc. is a not-for-profit environmental organization existing under the laws of the state of New Jersey, headquartered in Hackensack, New Jersey. Hackensack Riverkeeper's mission is to protect and preserve the Hackensack River and its watershed. Hackensack Riverkeeper achieves its mission through public education, advocacy for sound public policies, and participation in legal and administrative forums. Hackensack Riverkeeper has members that reside near to, use, and enjoy the Hackensack River and its tributaries. Hackensack Riverkeeper has members whom reside near to, use, and enjoy the Hackensack River and the waters and tributaries of the Hackensack River as well as the Passaic River—waters that are polluted by industrial stormwater runoff from the Clarkstown Facility, French Farms Facility, and Hillburn Facility. The unlawful discharge of pollutants from these facilities impairs Hackensack Riverkeeper's use and enjoyment of the Hackensack River and its tributaries. Thus, the interests of Hackensack Riverkeeper's members have been, are being, and will continue to be adversely affected by the aforementioned facilities' failures to comply with the Clean Water Act and the General Permit.

### B.    Riverkeeper, Inc.

Riverkeeper, Inc. is a not-for-profit environmental organization headquartered in Ossining, New York. Riverkeeper's mission is to protect and restore the Hudson River, from source to sea, and safeguard drinking water supplies through advocacy rooted in community partnerships, science, and law. Riverkeeper achieves its mission through public education, advocacy for sound public policies, and participation in legal and administrative forums.

---

[7] The 2023 Permit is available at *https://extapps.dec.ny.gov/docs/water_pdf/gp023001final03082023.pdf*.
[8] *See 2018 Section 305(b) Water Quality Report*, N.Y. DEP'T ENVTL. CONSERVATION, 6 (2018), *https://www.dec.ny.gov/docs/water_pdf/section305b2018.pdf*.
[9] *See generally id.* (identifying urban stormwater runoff as a top ten source of water quality impairment).

Notice of Violations and Intent to File Suit
May 30, 2025
Page 4 of 47

Riverkeeper has more than 3,800 members, many of whom reside near to, use, and enjoy the Hudson River and the waters and tributaries of the Hudson River—waters that are polluted by industrial stormwater runoff from the West Haverstraw Facility. The unlawful discharge of pollutants from the West Haverstraw Facility into the Hudson River impairs Riverkeeper's use and enjoyment of these waters. Thus, the interests of Riverkeeper's members have been, are being, and will continue to be adversely affected by the West Haverstraw Facility's failure to comply with the Clean Water Act and the General Permit.

     **C.**     **Industrial Stormwater Regulation and Management at the Rockland Green Facilities.**

     **1.**     **All Facilities.**

Notifiers believe that Rockland Green has operated the Rockland Green Facilities since at least March 4, 2003, the date on which Rockland Green first submitted a Notice of Intent to obtain coverage for the Facilities under the Small MS4 General Permit (GP-02-02). Prior to receiving coverage under the 2023 General Permit, as described below, the Facilities were operating pursuant to the DEC's SPDES General Permit for Stormwater Discharges from Municipal Separate Storm Sewer Systems (MS4s) (GP-0-15-003) ("Small MS4 Permit"). The Small MS4 Permit regulated industrial stormwater discharges at the Rockland Green Facilities and required MS4 operator-owned industrial facilities to, at minimum, comply with various provisions of the General Permit: implement Stormwater Pollution Prevention Plans ("SWPPPs"); conduct routine inspections; and conduct benchmark monitoring.

Part VII.A.6.a.viii of the Small MS4 Permit requires permittees to develop and implement a pollution prevention/good housekeeping program that:

> requires municipal operations and facilities that would otherwise be subject to the NYS Multi-sector General Permit (MSGP, GP-0-12-001) for industrial stormwater discharges to prepare and implement provisions in the SWMP that comply with Parts III. A, C, D, J, K and L of the MSGP. The covered entity must also perform monitoring and record keeping in accordance with Part IV. of the MSGP. Discharge monitoring reports must be attached to the MS4 annual report. Those operations or facilities are not required to gain coverage under the MSGP. Implementation of the above noted provisions of the SWMP will ensure that MEP is met for discharges from those facilities…[10]

Thus, MS4 operator-owned industrial facilities, including the Rockland Green Facilities, were previously not required to obtain coverage under the General Permit, but had to comply with some of the provisions of the 2012 General Permit. These provisions are also reflected in the 2018 General Permit and the 2023 General Permit. The provisions included the following:

---

[10] Notifiers note that the MSGP herein is the previous version of the 2018 General Permit (the "2012 General Permit.). The 2012 General Permit contains the same key provisions as the 2023 General Permit and 2018 General Permit.

- **Part III.A – Stormwater Pollution Prevention Plan Requirements** – develop and implement a SWPPP; in accordance with good engineering practices; minimize the pollutants in industrial stormwater – with minimized defined as to "reduce and/or eliminate to the extent achievable using control measures (including BMPs) that are technologically available and economically practicable and achievable in the light of best industry practice."
- **Part III.C – Contents of SWPPP** – various SWPPP requirements including, *inter alia*, pollution prevention team, summary of potential pollutant sources, site map, and stormwater controls.
- **Part III.D – Signature and SWPPP Availability** – Requirement to sign the SWPPP and make available on site or to the public upon written request.
- **Part IV – Monitoring, Reporting and Retention of Records** – Monitoring and Recordkeeping includes annual comprehensive site inspection, annual dry weather monitoring, quarterly visual monitoring, monitoring of secondary containment structures, and benchmark monitoring (including heightened benchmark monitoring frequency for discharge to impaired waters).

Further, Part VI.E of the Small MS4 Permit sets forth the following Technology Standards:

> Covered entities, in accordance with written notification by the Department, must comply with all applicable technology-based effluent standards or limitations promulgated by EPA pursuant to Sections 301 and 304 of the CWA. If an effluent standard or limitation more stringent than any effluent limitation in the SPDES general permit or controlling a pollutant not limited in the permit is promulgated or approved after the permit is issued, the SWMP plan shall be promptly modified to include that effluent standard or limitation.

On February 20, 2024, Rockland Green submitted a Notice of Intent ("NOI") for coverage under the 2023 General Permit for stormwater discharges from each of the Rockland Green Facilities. On March 26, 2024, Rockland Green obtained General Permit coverage for the Hillburn Campus Facility. On March 28, 2024, Rockland Green obtained General Permit coverage for the Clarkstown Campus Facility and the West Haverstraw Facility. On April 7, 2024, Rockland Green obtained General Permit coverage for the French Farms Facility. Rockland Green's obtaining General Permit coverage for the Rockland Green Facilities thus continued its existing obligation to comply with the aforementioned provisions of the General Permit.

## 2. Clarkstown Campus Facility.

Industrial activities at the Clarkstown Campus Facility include the receipt of solid waste, yard waste, concrete, and asphalt from local haulers; the transfer of solid waste for offsite disposal; the processing of yard waste into mulch; and the crushing and screening of concrete and asphalt for reuse.

Notice of Violations and Intent to File Suit
May 30, 2025
Page 6 of 47

In its NOI, Rockland Green certifies that the Clarkstown Facility is classified under a primary Standard Industrial Classification ("SIC") Code of 5093 (Sector N3[11]). (A "primary" SIC code is the four-digit SIC code that best describes the primary industrial activities occurring at a facility). Under the General Permit, facilities with a primary SIC code of 5093 are assigned to the Scrap Recycling & Waste Recycling Facilities sector, also referred to as Sector N in the General Permit. Rockland Green indicates that the facility is part of the Sector N3 subset of this category. It also indicates that the facility is classified under a secondary SIC Code of 2499, which is assigned to Sector A, the Timber Products sector, under the General Permit. The permit identification number for the facility is NYR00G954.

Rockland Green collects and discharges stormwater from the Clarkstown Facility through at least five discharge locations ("outfalls") associated with 17.34 acres. Rockland Green certifies that the receiving water for this facility are minor tributaries to the Hackensack River, which ultimately flow into the Hackensack River. Notifiers allege that the outfalls contain stormwater that is commingled with runoff from the Clarkstown Facility from areas where industrial processes occur. According to the facility's website, the Clarkstown Facility is open Monday – Friday from 7:00 am – 4:00 pm, and Saturday from 7:00 am – 12:00 pm.[12]

### 3. French Farms Facility.

Industrial activities at the French Farms Facility include yard waste composting, including the receipt of yard waste from local haulers and the processing of waste into compost for reuse.

In its NOI, Rockland Green certifies that the French Farms Facility is classified under an SIC Code of 2875. Under the General Permit, facilities with a primary SIC code of 2875 are assigned to Sector C, the Chemical and Allied Products sector, under the General Permit. The permit identification number for the facility is NYR00G958.

Rockland Green collects and discharges stormwater from the French Farms Facility through at least two outfalls associated with 4.37 acres. It certifies that the receiving water for this facility are minor tributaries to DeForest Lake, which flow into DeForest Lake, which is an impounded portion of the Hackensack River, and then into the Hackensack River. Notifiers allege that the outfalls contain stormwater that is commingled with runoff from the French Farms Facility from areas where industrial processes occur.

### 4. Hillburn Campus Facility.

Industrial activities at the Hillburn Facility include the receipt of solid waste, source separated recyclables, and biosolids from local haulers; the transfer of solid waste for offsite disposal; the sorting of recyclables for offsite reuse at a material recovery facility, and the composting of biosolids for reuse.

---

[11] Sector references in this letter refer to specific sectors as defined in the General Permit.
[12] https://www.rocklandgreen.com/facilities/clarkstown-transfer-station/

It its NOI, Rockland Green certifies that the Hillburn Facility is classified under a primary SIC Code of 5093 (Sector N1), and additional SIC Codes of 5093 (Sector N3) and 2875 (Sector C). The permit identification number for the facility is NYR00G952.

Rockland Green collects and discharges stormwater from the Hillburn Facility through at least five outfalls associated with 13.08 acres. It certifies that the receiving water for this facility in Torne Brook, which flows into the Ramapo River, and then flows into the Pompton River, and then flows into the Passaic River. Stormwater water discharges leaving the facility initially enter the Town of Ramapo MS4. Notifiers allege that the outfalls contain stormwater that is commingled with runoff from the Hillburn Facility from areas where industrial processes occur. According to the facility's website, the Hillburn Facility is open Monday – Friday from 6:30 am – 4:30 pm, and Saturday from 6:30 am – 12:00 pm.[13]

**5.    West Haverstraw Transfer Station Facility.**

Industrial activities at the West Haverstraw Transfer Station Facility include the receipt of solid waste from local haulers; and the transfer of waste into transfer trailers for offsite disposal.

In its NOI, Rockland Green certifies that the facility is classified under SIC Code of 5093 (Sector N3). The permit identification number for the facility is NYR00G953.

Rockland Green collects and discharges stormwater from the West Haverstraw Facility through at least two outfalls associated with 1.15 acres. It certifies that the receiving water for this facility is Cedar Pond Brook, which flows into the Hudson River. Notifiers allege that the outfalls contain stormwater that is commingled with runoff from the West Haverstraw Facility from areas where industrial processes occur. According to the facility's website, the West Haverstraw Facility is open Monday – Friday from 7:00 am – 3:00 pm.[14]

**D.    Waters Receiving the Facilities' Discharges.**

Industrial activity at the Facilities takes place outdoors, where pollutants are exposed to stormwater that discharges into nearby waters. Stormwater from the Clarkstown Facility discharges into the segment of the Hackensack River identified by DEC as "Hackensack River, Lower, and minor tribs" (Segment ID 1501-0026) (referred to herein as "Hackensack River"). DEC has classified the Hackensack River as a Class A water.[15] Stormwater from the French Farms Facility discharges into the segment of DeForest Lake identified by DEC as "Minor Tribs to DeForest Lake" (Segment ID 1501-0029) (referred to herein as "DeForest Lake"). DEC has classified DeForest Lake as a Class A water.[16] Stormwater from the Hillburn Facility discharges

---

[13] https://www.rocklandgreen.com/facilities/hillburn-transfer-station/
[14] https://www.rocklandgreen.com/facilities/bowlinehaverstraw-transfer-station/
[15] 6 NYCRR § 935.6 (Table I).
[16] 6 NYCRR § 935.6 (Table I).

Notice of Violations and Intent to File Suit
May 30, 2025
Page 8 of 47

into the segment of the Ramapo River identified by DEC as "Ramapo River, Lower, and minor tribs" (Segment ID 1501-0012) (referred to herein as "Ramapo River"). DEC has classified Ramapo River as a Class A(T) water.[17]

Under New York's Water Quality Standards, a waterbody that is designated Class A is a source of water supply for drinking, culinary or food processing purposes, primary and secondary contact recreation, and fishing.[18] Such waters are also meant to be suitable for fish, shellfish, and wildlife propagation and survival.[19]

Stormwater from the West Haverstraw Facility discharges into the segment of the Hudson River identified by DEC as "Hudson River (Class SB) (Segment ID 1301-0094) (referred to herein as "Hudson River"). DEC has classified the Hudson River as a Class SB water.[20] DEC has classified Cedar Pond Brook as a Class SC water.[21]

Under New York's Water Quality Standards, a waterbody that is designated Class SB is best used for primary and secondary contact recreation and fishing.[22] Such waters are also meant to be suitable for fish, shellfish, and wildlife propagation and survival.[23] A waterbody that is designated Class SC is best used for fishing.[24] Such waters are also meant to be suitable for fish, shellfish, and wildlife propagation and survival, as well as primary and secondary contact recreation.[25]

New York State water quality standards set numeric and narrative criteria for water pollution parameters including dissolved oxygen, oil and grease, suspended and settleable solids, bacteria (pathogens), pH, temperature, nutrients, metals, and others.[26] A waterbody must meet these numeric and narrative criteria in order to support its designated uses.[27]

---

[17] 6 NYCRR § 860.4 (Table I). Waters designated with a (T) are trout waters – which provide habitat in which trout can survive and grow within a normal range on a year-round basis, among other conditions. 6 NYCRR § 701.1(a)(67).
[18] 6 NYCRR § 701.6(a).
[19] *Id*.
[20] 6 NYCRR § 864.6 (Table I).
[21] *Id*.
[22] 6 NYCRR § 701.11.
[23] *Id*.
[24] 6 NYCRR § 701.12.
[25] *Id*.
[26] *See generally* 6 NYCRR §§ 702, 703.
[27] *See generally* Division of Water Technical and Operational Guidance Series, *Ambient Water Quality Standards and Guidance Values and Groundwater Effluent Limitations*, N.Y. DEP'T ENVTL. CONSERVATION, (June 1998), http://www.dec.ny.gov/docs/water_pdf/togs111.pdf.

II.

**STANDARDS AND LIMITATIONS ALLEGED TO HAVE BEEN
VIOLATED AND ACTIVITIES ALLEGED TO BE VIOLATIONS**

The Clean Water Act provides that "the discharge of any pollutant by any person shall be unlawful" unless it is in compliance with the terms of a NPDES permit.[28] The Facilities discharge stormwater associated with industrial activity, which is itself a pollutant. That stormwater also contains various pollutants associated with vehicle maintenance facilities, including the pollutants specifically discussed below.

Rockland Green's coverage under the General Permit authorizes the Facilities' discharges of stormwater associated with industrial activity and associated pollutants conditioned on Rockland Green's compliance with the terms of the General Permit.[29] Each permit term constitutes an "effluent standard or limitation" within the meaning of CWA Section 505(f).[30] Rockland Green must comply at all times with the generally applicable requirements of the General Permit and also with the specific requirements for Sectors A, C, and N, for certain Facilities.[31]

Information available to Notifiers indicates that the Facilities' stormwater discharges and stormwater management practices have violated several General Permit terms and conditions, thereby violating CWA effluent limitations and CWA Sections 301(a) and 402(p). Rockland Green is also discharging wastewater without a permit, in violation of the CWA. In sum, these violations include:

- Rockland Green has not developed, implemented, and/or maintained sufficient stormwater management practices, structural controls, or treatment ("best management practices" or "BMPs"[32]) at the Facilities to minimize exposure of pollutants to stormwater, retain stormwater on site, or prevent contaminants from being discharged in

---

[28] CWA § 301(a); *see also* CWA § 402(p), 33 U.S.C. § 1342(p) (requiring NPDES permit issuance for the discharge of stormwater associated with industrial activities).

[29] 2023 Permit, Part I.D.  *See also* 6 NYCRR § 750-2.1(e) ("Any [SPDES] permit noncompliance constitutes a violation of the Environmental Conservation Law and the Clean Water Act and is grounds for: enforcement action; for permit suspension, revocation or modification; and for denial of a permit renewal application.").

[30] 33 U.S.C. § 1365(f).

[31] 2023 Permit, Part VII, Sectors A, C, and N; 2018 Permit, Part VII, Sectors A, C, and N. *See also* 6 NYCRR § 750-2.1(e) ("Any [SPDES] permit noncompliance constitutes a violation of the Environmental Conservation Law and the Clean Water Act and is grounds for: enforcement action; for permit suspension, revocation or modification; and for denial of a permit renewal application.").

[32] BMPs include "schedules of activities, prohibitions of practices, maintenance procedures, and other management practices to prevent or reduce the pollution of waters of the State. BMPs also include treatment requirements (if determined necessary by the owner or operator), operating procedures, and practices to control plant site runoff, spillage and leaks, sludge or waste disposal, or drainage from raw material storage." 2023 Permit and 2018 Permit, Appendix A (definitions).

Notice of Violations and Intent to File Suit
May 30, 2025
Page 10 of 47

stormwater.

- Rockland Green is not taking required corrective actions in response to BMP failures, benchmark exceedances, and its own observations of pollution in stormwater discharges.

- Rockland Green has not developed and/or implemented a SWPPP for each of the Facilities that meet the requirements of the General Permit.

- Rockland Green is not complying with all of the Inspections and Monitoring requirements of the General Permit.

All of these violations are further explained below.

A.    **Rockland Green is Violating the CWA and the General Permit by Failing to Implement Adequate Pollution Control Measures in Violation of the General Permit's Non-Numeric Technology Based Effluent Limitations.**

The Clean Water Act requires NPDES/SPDES permittees to use pollution control measures that reflect—and prohibits the discharge of pollutants above—the level that is commensurate with application of the best available technology economically achievable ("BAT"), which applies to toxic and non-conventional pollutants, and best conventional pollutant control technology ("BCT") for conventional pollutants.[33]

The General Permit implements these federal standards by imposing "effluent limitations"[34] that require Rockland Green to adopt both generally applicable and sector-specific control measures in order to "minimize the discharge of pollutants" from the Facilities.[35] In particular, the General Permit defines "minimize" as requiring operators to "reduce and/or eliminate to the extent achievable using control measures that are technologically available and economically practicable and achievable in light of best industry practice."[36]

The General Permit sets forth non-numeric technology-based effluent limitations

---

[33] *See* CWA §§ 304(b)(2), (4); 33 U.S.C. § 1314(b)(2), (4). Conventional pollutants are biochemical oxygen demand (BOD), total suspended solids (TSS), pH, and fecal coliform, and oil and grease (O&G). 40 C.F.R. § 401.16.  Toxic pollutants include lead and zinc. 40 C.F.R. § 401.15. All other pollutants are either toxic or nonconventional.  *Id.*; 40 C.F.R. § 401.16.

[34] For purposes of a Clean Water Act citizen suit, any requirement of a permit is an "effluent limitation." *See* 33 U.S.C. § 1365(f) ("For purposes of this section, the term "effluent standard or limitation under this chapter" means . . . (7) a permit or condition of a permit[.]").

[35] 2023 Permit, Part II at p.7; 2018 Permit, Part II at p.8 (requiring permittees to minimize the discharge of pollutants).  *See generally* 2023 Permit and 2018 Permit, Part II (effluent limitations for all operators); Part VII (sector-specific effluent limitations).

[36] 2023 Permit, Appendix A (definitions); *see also* 2018 Permit, Appendix A (definitions).  "Control measure" is itself a defined term meaning "any BMP stormwater control or other method (including non-numeric effluent limitations) used to prevent or reduce the discharge of pollutants to Surface Waters of the State." 2023 Permit, Appendix A; (definitions) *see also* 2018 Permit Appendix A (definitions).

Notice of Violations and Intent to File Suit
May 30, 2025
Page 11 of 47

("TBELs"), grouped into twelve categories, with which Rockland Green must comply, in order to minimize pollutant discharges, which are briefly summarized as follows:[37]

1. "Minimize Exposure" – This includes measures operators must take to prevent industrial activities and materials (manufacturing, processing, and material storage) from exposure to rain, snow, snowmelt, and runoff.

2. "Good Housekeeping" – This includes measures operators must take to "[k]eep clean all exposed areas that are potential sources of pollutants . . . in order to *minimize pollutant discharges*."

3. "Maintenance" – "[T]o *minimize pollutant discharges* and achieve the effluent limitations in the [General Permit], all industrial equipment and systems and control measures must be maintained in effective operating condition."

4. "Spill Prevention and Response Procedures" – Operators must "[m]*inimize* the potential for leaks, spills and other releases that may be exposed to *stormwater* and develop plans for effective response to such spills if or when they occur in order to *minimize pollutant discharges*."

5. "Erosion and Sediment Controls" – "Exposed areas must be stabilized and stormwater runoff controlled using structural and/or non-structural *control measures* to *minimize* onsite erosion and sedimentation."

6. "Management of Runoff" – Operators must divert, infiltrate, reuse, contain, or otherwise reduce stormwater runoff, to *minimize pollutants* in the discharges."

7. "Salt Storage Piles or Piles Containing Salt" – Operators must "enclose or cover storage piles of salt, or piles containing salt" and "[i]mplement appropriate measures . . . to *minimize* exposure resulting from adding to or removing materials from the site."

8. "Employee Training" – Operators must thoroughly train, annually, "[a]ll employees who work in areas where industrial materials or activities are exposed to *stormwater*," or who are responsible for implementing activities necessary to meet the requirements of the General Permit.

9. "Non-Stormwater Discharges" – These must be eliminated unless authorized by a SPDES permit.

10. "Waste, Garbage and Floatable Debris" – Operators must "[e]nsure that waste,

---

[37] 2023 Permit, Parts II.A.1-A.1.; 2018 Permit, Parts II.A.1-A.12. Please see those sections of the General Permit for the full text of the requirements. *See also* 2023 Permit, Part II.D. ("Best Management Practices Selection and Design Considerations"); 2018 Permit, Part II.D (same).

Notice of Violations and Intent to File Suit
May 30, 2025
Page 12 of 47

garbage, and floatable debris are not *discharged* to *surface waters of the state* by keeping exposed areas free of such materials or by intercepting them before they are *discharged*."

11. "Dust Generation and Vehicle Tracking of Industrial Materials" – Operators must "[m]*inimize* generation of dust and off-site tracking of raw, final, or waste materials in order to *minimize* the *pollutant discharges*."

12. "Secondary Containment" – Operators must "[e]nsure that compliance is maintained with all applicable regulations including, but not limited to, those involving releases, registration, handling and storage of petroleum, chemical bulk and hazardous waste storage facilities."

The General Permit sets forth additional non-numeric effluent limitations based on a particular facility's sector. For facilities in Sector A, these additional requirements include, *inter alia*, BMPs to limit the discharge of wood debris and the generation of dust; and BMPs to control sedimentation and erosion.[38] For facilities in Sector C, these additional requirements include, *inter alia*, BMPs for reducing the contact of stormwater to garbage or waste materials; and BMPs for inspections of drums, tanks, and containers for potential leaks.[39]

For facilities in Sector N, these additional requirements include, *inter alia*, BMPs to minimize contact of particulate matter from materials stored indoors or under cover from coming into contact with surface runoff; BMPs to minimize contact of stormwater runoff with stockpiled materials, processed materials and non-recyclable wastes; BMPs to to minimize contact of residual liquids and particulate matter from materials stored indoors or under cover from coming in contact with surface runoff; and BMPs to minimize stormwater contamination at loading/unloading areas, and from equipment or container failures.[40]

For facilities in Subsector N-1, additional requirements include, *inter alia*, a provision for totally enclosed drop off containers for the public whenever possible. For facilities in Subsector N-3, additional requirements include, *inter alia*, the development and implementation of a program to control what is received at a facility; the installation of oil/water separators, sumps and dry adsorbents for areas where potential source residual fluids are stockpiled; measures necessary to minimize contact of surface runoff with residual cutting fluids; and BMPs to minimize surface runoff from coming in contact with scrap processing equipment.[41]

The General Permit requires "Benchmark Monitoring," which "means sampling and analysis of stormwater discharges" for certain sector-specific pollutants (a/k/a "parameters").[42] For facilities in Sector N, the General Permit establishes the following "Benchmark Monitoring Cut-off Concentrations" ("benchmarks") for the corresponding pollutants of concern: total

[38] 2018 Permit, Part VII.A; 2012 Permit, Part VII.A.
[39] 2018 Permit, Part VII.C; 2012 Permit, Part VII.C.
[40] 2018 Permit, Part VII.N; 2012 Permit, Part VII.N.
[41] 2018 Permit, Part VII.N; 2012 Permit, Part VIII.N.
[42] 2023 Permit, Appendix A; 2018 Permit, Appendix A.

suspended solids ("TSS") – 100 mg/L, chemical oxygen demand ("COD") – 120 mg/L, oil and grease ("O&G") – 15 mg/L, total recoverable aluminum – 750 ug/L, total recoverable cadmium – 1.8 ug/L, total chromium – 1.8 mg/L, total recoverable copper – 12 ug/L, total recoverable iron – 1 mg/L, total recoverable lead – 69 ug/L, total recoverable zinc – 110 ug/L.[43]

For facilities in Sector A that have a SIC Code of 2499, the General Permit establishes the following benchmarks: COD – 120 mg/L, and TSS – 100 mg/L.[44]

For facilities in Sector C that have a SIC Code of 2875, the General Permit establishes the following benchmarks: total nitrogen – 6 mg/L, total recoverable iron – 1 mg/L. total recoverable lead – 69 ug/L, total recoverable zinc – 110 ug/L, and total phosphorus – 2 mg/L.[45]

Benchmark monitoring "is intended to provide a guideline for the owner or operator to determine the overall effectiveness of the SWPPP in controlling the discharge of pollutants to receiving waters." [46] All exceedances of a benchmark require an owner or operator of a facility "to evaluate potential sources of stormwater contaminants at the facility and perform corrective actions."[47] The benchmarks thus serve as guidelines for determining whether a facility has implemented the requisite BAT/BCT level of control measures and successfully minimized the discharge of pollutants as required by the General Permit.

As described below, stormwater sampling from the Facilities shows numerous significant exceedances of the benchmarks. These exceedances, as well as reports submitted to DEC pursuant to the General Permit, including those that document visual observations of pollution in the Facilities' stormwater, are strong evidence of Rockland Green's failure to implement adequate control measures that meet the required BAT/BCT standards, minimize pollution, and meet the other effluent limitations in the General Permit. Self-monitoring reports under the General Permit are deemed "conclusive evidence of an exceedance of a permit limitation."[48]

The information below in Tables 1-4 reflects data gathered from the Clarkstown Facility's discharge monitoring reports[49] ("DMRs"), laboratory reports, and information submitted to the EPA. These discharges of pollutants from the Facilities are evidence of ongoing violations of the non-numeric technology based effluent limitations set forth in the General Permit. Notifiers allege that discharges from the Facilities have exceeded and continue to exceed the benchmarks for COD, TSS, O&G, aluminum, copper, iron, lead, zinc, cadmium, nitrogen,

---

[43] 2023 Permit, Table VII-N-2; 2018 Permit, Table VII-N-2.
[44] 2023 Permit, Table VII-A-2; 2018 Permit, Table VII-A-2.
[45] 2023 Permit, Table VII-C-2; 2018 Permit, Table VII-C-2.
[46] 2023 Permit, Part IV.F.1.a; 2018 Permit, Part IV.F.1.a.
[47] 2023 Permit, Part IV.F.3.c; 2018 Permit, Part IV.F.3.c(1).
[48] *Sierra Club v. Union Oil*, 813 F.2d 1480, 1493 (9th Cir. 1988), *vacated on other grounds*, 485 U.S. 931 (1988); *see also Pub. Interest Research Grp., Inc. v. GAF Corp.*, 770 F. Supp. 943, 953–54 (D.N.J. 1991) (citing *Garner v. United States*, 424 U.S. 648, 665 (1976); *United States v. Ward*, 448 U.S. 242, 254 (1980) ("It is well established that records required to be kept by law, such as DMRs, may be deemed to be admissions for purposes of establishing civil liability.").
[49] The DMRs are a form of self-monitoring reports.

and phosphorus not only on the days when stormwater samples were collected by Rockland Green, but also on other days between and after those sampling days because the industrial activities and stormwater control measures at the Facilities are similar on sampling days and non-sampling days.

**Table 1:  Summary of the Clarkstown Campus Facility's Self-Reported Benchmark Exceedances**
**(2020 Period 1 – Present)**

| Pollutant | Year/Monitoring Period | Benchmark | Sample Concentration | Outfall |
|---|---|---|---|---|
| COD | 2024 Period 2 | 120 mg/L | 140 mg/L | SMP-001 |
| COD | 2024 Period 2 | 120 mg/L | 340 mg/L | SMP-002 |
| COD | 2024 Period 2 | 120 mg/L | 1600 mg/L | SMP-003 |
| COD | 2024 Period 2 | 120 mg/L | 190 mg/L | SMP-004 |
| COD | 2024 Period 1 | 120 mg/L | 370 mg/L | SMP-002 |
| COD | 2024 Period 1 | 120 mg/L | 3900 mg/L | SMP-003 |
| COD | 2023 Period 2 | 120 mg/L | 220 mg/L | SMP-002 |
| COD | 2023 Period 1 | 120 mg/L | 230 mg/L | SMP-001 |
| COD | 2023 Period 1 | 120 mg/L | 1100 mg/L | SMP-002 |
| COD | 2023 Period 1 | 120 mg/L | 130 mg/L | SMP-004 |
| COD | 2022 Period 2 | 120 mg/L | 1200 mg/L | SMP-004 |
| COD | 2022 Period 1 | 120 mg/L | 290 mg/L | SMP-002 |
| COD | 2022 Period 1 | 120 mg/L | 340 mg/L | SMP-004 |
| COD | 2020 Period 1 | 120 mg/L | 240 mg/L | SMP-002 |
| TSS | 2025 Period 1 | 100 mg/L | 180 mg/L | SMP-001 |
| TSS | 2025 Period 1 | 100 mg/L | 300 mg/L | SMP-002 |
| TSS | 2025 Period 1 | 100 mg/L | 230 mg/L | SMP-004 |
| TSS | 2024 Period 2 | 100 mg/L | 220 mg/L | SMP-002 |
| TSS | 2024 Period 2 | 100 mg/L | 290 mg/L | SMP-003 |
| TSS | 2024 Period 2 | 100 mg/L | 140 mg/L | SMP-004 |
| TSS | 2024 Period 1 | 100 mg/L | 170 mg/L | SMP-002 |
| TSS | 2024 Period 1 | 100 mg/L | 470 mg/L | SMP-003 |
| TSS | 2023 Period 1 | 100 mg/L | 170 mg/L | SMP-001 |
| TSS | 2023 Period 1 | 100 mg/L | 440 mg/L | SMP-002 |
| TSS | 2023 Period 1 | 100 mg/L | 260 mg/L | SMP-004 |
| TSS | 2022 Period 2 | 100 mg/L | 110 mg/L | SMP-002 |
| TSS | 2022 Period 2 | 100 mg/L | 860 mg/L | SMP-004 |
| TSS | 2022 Period 1 | 100 mg/L | 210 mg/L | SMP-002 |
| TSS | 2022 Period 1 | 100 mg/L | 450 mg/L | SMP-004 |
| TSS | 2020 Period 2 | 100 mg/L | 320 mg/L | SMP-004 |
| Oil & Grease | 2023 Period 1 | 15 mg/L | 16 mg/L | SMP-001 |
| Oil & Grease | 2023 Period 1 | 15 mg/L | 28 mg/L | SMP-002 |

Notice of Violations and Intent to File Suit
May 30, 2025
Page 15 of 47

| Oil & Grease | 2022 Period 2 | 15 mg/L | 46 mg/L | SMP-004 |
|---|---|---|---|---|
| Oil & Grease | 2022 Period 1 | 15 mg/L | 16 mg/L | SMP-002 |
| Aluminum | 2025 Period 1 | 750 ug/L | 2600 ug/L | SMP-001 |
| Aluminum | 2025 Period 1 | 750 ug/L | 5210 ug/L | SMP-002 |
| Aluminum | 2025 Period 1 | 750 ug/L | 3760 ug/L | SMP-004 |
| Aluminum | 2024 Period 2 | 750 ug/L | 1360 ug/L | SMP-001 |
| Aluminum | 2024 Period 2 | 750 ug/L | 757 ug/L | SMP-002 |
| Aluminum | 2024 Period 2 | 750 ug/L | 1890 ug/L | SMP-004 |
| Aluminum | 2024 Period 2 | 750 ug/L | 3160 ug/L | SMP-002 |
| Aluminum | 2024 Period 2 | 750 ug/L | 2110 ug/L | SMP-004 |
| Aluminum | 2024 Period 1 | 750 ug/L | 1010 ug/L | SMP-001 |
| Aluminum | 2024 Period 1 | 750 ug/L | 2490 ug/L | SMP-002 |
| Aluminum | 2023 Period 2 | 750 ug/L | 942.5 ug/L | SMP-002 |
| Aluminum | 2023 Period 1 | 750 ug/L | 3426 ug/L | SMP-001 |
| Aluminum | 2023 Period 1 | 750 ug/L | 4839 ug/L | SMP-002 |
| Aluminum | 2023 Period 1 | 750 ug/L | 2628 ug/L | SMP-004 |
| Aluminum | 2022 Period 2 | 750 ug/L | 7178 ug/L | SMP-004 |
| Aluminum | 2022 Period 1 | 750 ug/L | 3800 ug/L | SMP-002 |
| Aluminum | 2022 Period 1 | 750 ug/L | 9206 ug/L | SMP-004 |
| Aluminum | 2021 Period 1 | 750 ug/L | 1034 ug/L | SMP-004 |
| Aluminum | 2020 Period 2 | 750 ug/L | 1664 ug/L | SMP-001 |
| Aluminum | 2020 Period 2 | 750 ug/L | 1274 ug/L | SMP-002 |
| Aluminum | 2020 Period 2 | 750 ug/L | 826.5 ug/L | SMP-004 |
| Aluminum | 2020 Period 1 | 750 ug/L | 1061 ug/L | SMP-002 |
| Aluminum | 2020 Period 1 | 750 ug/L | 1378 ug/L | SMP-004 |
| Copper | 2025 Period 1 | 12 ug/L | 40.1 ug/L | SMP-001 |
| Copper | 2025 Period 1 | 12 ug/L | 98.1 ug/L | SMP-002 |
| Copper | 2025 Period 1 | 12 ug/L | 62 ug/L | SMP-004 |
| Copper | 2024 Period 2 | 12 ug/L | 23.8 ug/L | SMP-001 |
| Copper | 2024 Period 2 | 12 ug/L | 35.7 ug/L | SMP-002 |
| Copper | 2024 Period 2 | 12 ug/L | 28.8 ug/L | SMP-004 |
| Copper | 2024 Period 2 | 12 ug/L | 112 ug/L | SMP-002 |
| Copper | 2024 Period 2 | 12 ug/L | 109 ug/L | SMP-004 |
| Copper | 2024 Period 1 | 12 ug/L | 13.9 ug/L | SMP-001 |
| Copper | 2024 Period 1 | 12 ug/L | 50.2 ug/L | SMP-002 |
| Copper | 2024 Period 1 | 12 ug/L | 18.9 ug/L | SMP-004 |
| Copper | 2023 Period 2 | 12 ug/L | 22.22 ug/L | SMP-002 |
| Copper | 2023 Period 2 | 12 ug/L | 15.32 ug/L | SMP-004 |
| Copper | 2023 Period 1 | 12 ug/L | 42.1 ug/L | SMP-001 |
| Copper | 2023 Period 1 | 12 ug/L | 89.9 ug/L | SMP-002 |
| Copper | 2023 Period 1 | 12 ug/L | 33.68 ug/L | SMP-004 |
| Copper | 2022 Period 2 | 12 ug/L | 15.82 ug/L | SMP-002 |
| Copper | 2022 Period 2 | 12 ug/L | 147.1 ug/L | SMP-004 |

Notice of Violations and Intent to File Suit
May 30, 2025
Page 16 of 47

| Copper | 2022 Period 1 | 12 ug/L | 52.55 ug/L | SMP-002 |
|--------|---------------|---------|------------|---------|
| Copper | 2022 Period 1 | 12 ug/L | 84.72 ug/L | SMP-004 |
| Copper | 2021 Period 1 | 12 ug/L | 12.3 ug/L | SMP-002 |
| Copper | 2021 Period 1 | 12 ug/L | 16.91 ug/L | SMP-004 |
| Copper | 2020 Period 2 | 12 ug/L | 18.38 ug/L | SMP-001 |
| Copper | 2020 Period 2 | 12 ug/L | 19.88 ug/L | SMP-002 |
| Copper | 2020 Period 2 | 12 ug/L | 13.72 ug/L | SMP-004 |
| Copper | 2020 Period 1 | 12 ug/L | 37.36 ug/L | SMP-002 |
| Copper | 2020 Period 1 | 12 ug/L | 24.88 ug/L | SMP-004 |
| Iron | 2025 Period 1 | 1 mg/L | 6.47 mg/L | SMP-001 |
| Iron | 2025 Period 1 | 1 mg/L | 11.8 mg/L | SMP-002 |
| Iron | 2025 Period 1 | 1 mg/L | 8.01 mg/L | SMP-004 |
| Iron | 2024 Period 2 | 1 mg/L | 1.36 mg/L | SMP-001 |
| Iron | 2024 Period 2 | 1 mg/L | 1.52 mg/L | SMP-002 |
| Iron | 2024 Period 2 | 1 mg/L | 3.48 mg/L | SMP-004 |
| Iron | 2024 Period 2 | 1 mg/L | 7.87 mg/L | SMP-002 |
| Iron | 2024 Period 2 | 1 mg/L | 2.11 mg/L | SMP-004 |
| Iron | 2024 Period 1 | 1 mg/L | 2 mg/L | SMP-001 |
| Iron | 2024 Period 1 | 1 mg/L | 4.77 mg/L | SMP-002 |
| Iron | 2023 Period 2 | 1 mg/L | 2.2 mg/L | SMP-002 |
| Iron | 2023 Period 2 | 1 mg/L | 1.88 mg/L | SMP-004 |
| Iron | 2023 Period 1 | 1 mg/L | 7.25 mg/L | SMP-001 |
| Iron | 2023 Period 1 | 1 mg/L | 10.6 mg/L | SMP-002 |
| Iron | 2023 Period 1 | 1 mg/L | 5.54 mg/L | SMP-004 |
| Iron | 2022 Period 2 | 1 mg/L | 3.368 mg/L | SMP-002 |
| Iron | 2022 Period 2 | 1 mg/L | 16.76 mg/L | SMP-004 |
| Iron | 2022 Period 1 | 1 mg/L | 1.6 mg/L | SMP-001 |
| Iron | 2022 Period 1 | 1 mg/L | 9.63 mg/L | SMP-002 |
| Iron | 2022 Period 1 | 1 mg/L | 19.8 mg/L | SMP-004 |
| Iron | 2021 Period 1 | 1 mg/L | 1.55 mg/L | SMP-001 |
| Iron | 2021 Period 1 | 1 mg/L | 2.5 mg/L | SMP-004 |
| Iron | 2020 Period 2 | 1 mg/L | 2.87 mg/L | SMP-001 |
| Iron | 2020 Period 2 | 1 mg/L | 2.67 mg/L | SMP-002 |
| Iron | 2020 Period 2 | 1 mg/L | 1.79 mg/L | SMP-004 |
| Iron | 2020 Period 1 | 1 mg/L | 1.22 mg/L | SMP-001 |
| Iron | 2020 Period 1 | 1 mg/L | 2.48 mg/L | SMP-002 |
| Iron | 2020 Period 1 | 1 mg/L | 2.98 mg/L | SMP-004 |
| Lead | 2025 Period 1 | 69 ug/L | 208 ug/L | SMP-002 |
| Lead | 2025 Period 1 | 69 ug/L | 96.5 ug/L | SMP-004 |
| Lead | 2024 Period 2 | 69 ug/L | 118 ug/L | SMP-002 |
| Lead | 2024 Period 1 | 69 ug/L | 89.1 ug/L | SMP-002 |
| Lead | 2023 Period 1 | 69 ug/L | 77.52 ug/L | SMP-001 |
| Lead | 2023 Period 1 | 69 ug/L | 260.5 ug/L | SMP-002 |

Notice of Violations and Intent to File Suit
May 30, 2025
Page 17 of 47

| Lead | 2022 Period 2 | 69 ug/L | 283.7 ug/L | SMP-004 |
|---|---|---|---|---|
| Lead | 2022 Period 1 | 69 ug/L | 202 ug/L | SMP-004 |
| Lead | 2022 Period 1 | 69 ug/L | 288.2 ug/L | SMP-004 |
| Zinc | 2025 Period 1 | 110 ug/L | 308 ug/L | SMP-001 |
| Zinc | 2025 Period 1 | 110 ug/L | 496 ug/L | SMP-002 |
| Zinc | 2025 Period 1 | 110 ug/L | 364 ug/L | SMP-004 |
| Zinc | 2024 Period 2 | 110 ug/L | 185 ug/L | SMP-001 |
| Zinc | 2024 Period 2 | 110 ug/L | 162 ug/L | SMP-002 |
| Zinc | 2024 Period 2 | 110 ug/L | 228 ug/L | SMP-004 |
| Zinc | 2024 Period 2 | 110 ug/L | 643 ug/L | SMP-002 |
| Zinc | 2024 Period 2 | 110 ug/L | 477 ug/L | SMP-004 |
| Zinc | 2024 Period 1 | 110 ug/L | 319 ug/L | SMP-002 |
| Zinc | 2023 Period 2 | 110 ug/L | 146.1 ug/L | SMP-002 |
| Zinc | 2023 Period 2 | 110 ug/L | 197.4 ug/L | SMP-004 |
| Zinc | 2023 Period 1 | 110 ug/L | 321.1 ug/L | SMP-001 |
| Zinc | 2023 Period 1 | 110 ug/L | 567.8 ug/L | SMP-002 |
| Zinc | 2023 Period 1 | 110 ug/L | 241.8 ug/L | SMP-004 |
| Zinc | 2022 Period 2 | 110 ug/L | 110.6 ug/L | SMP-002 |
| Zinc | 2022 Period 2 | 110 ug/L | 1040 ug/L | SMP-004 |
| Zinc | 2022 Period 1 | 110 ug/L | 114.9 ug/L | SMP-001 |
| Zinc | 2022 Period 1 | 110 ug/L | 403.1 ug/L | SMP-002 |
| Zinc | 2022 Period 1 | 110 ug/L | 774.2 ug/L | SMP-004 |
| Zinc | 2021 Period 1 | 110 ug/L | 146.6 ug/L | SMP-004 |
| Zinc | 2020 Period 2 | 110 ug/L | 157.9 ug/L | SMP-002 |
| Zinc | 2020 Period 2 | 110 ug/L | 127.1 ug/L | SMP-004 |
| Zinc | 2020 Period 1 | 110 ug/L | 201.9 ug/L | SMP-002 |
| Zinc | 2020 Period 1 | 110 ug/L | 196.5 ug/L | SMP-004 |
| Cadmium | 2022 Period 1 | 1.8 ug/L | 3.78 ug/L | SMP-004 |

**Table 2: Summary of French Farms Facility's Self-Reported Benchmark Exceedances
(2020 Period 1 – Present)**

| Pollutant | Year/Monitoring Period | Benchmark | Sample Concentration | Outfall |
|---|---|---|---|---|
| Iron | 2025 Period 1 | 1 mg/L | 2.49 mg/L | SMP-002 |
| Iron | 2024 Period 2 | 1 mg/L | 4.11 mg/L | SMP-001 |
| Iron | 2024 Period 2 | 1 mg/L | 3.33 mg/L | SMP-002 |
| Iron | 2024 Period 1 | 1 mg/L | 1.78 mg/L | SMP-001 |
| Iron | 2024 Period 1 | 1 mg/L | 4.78 mg/L | SMP-002 |
| Iron | 2023 Period 1 | 1 mg/L | 3.5 mg/L | SMP-002 |
| Iron | 2023 Period 1 | 1 mg/L | 4.98 mg/L | SMP-001 |
| Iron | 2023 Period 1 | 1 mg/L | 6.88 mg/L | SMP-002 |

Notice of Violations and Intent to File Suit
May 30, 2025
Page 18 of 47

| Iron | 2022 Period 1 | 1 mg/L | 3.86 mg/L | SMP-001 |
|------|---------------|--------|-----------|---------|
| Iron | 2021 Period 2 | 1 mg/L | 22.8 mg/L | SMP-001 |
| Iron | 2021 Period 1 | 1 mg/L | 2.47 mg/L | SMP-001 |
| Iron | 2020 Period 2 | 1 mg/L | 16.5 mg/L | SMP-001 |
| Iron | 2020 Period 2 | 1 mg/L | 11 mg/L | SMP-002 |
| Zinc | 2024 Period 2 | 110 ug/L | 131 ug/L | SMP-002 |
| Zinc | 2023 Period 1 | 110 ug/L | 150 ug/L | SMP-001 |
| Zinc | 2021 Period 2 | 110 ug/L | 297.4 ug/L | SMP-001 |
| Zinc | 2020 Period 2 | 110 ug/L | 284.6 ug/L | SMP-001 |
| Zinc | 2020 Period 2 | 110 ug/L | 160 ug/L | SMP-002 |
| Nitrogen | 2025 Period 1 | 6 mg/L | 24 mg/L | SMP-001 |
| Nitrogen | 2025 Period 1 | 6 mg/L | 18 mg/L | SMP-002 |
| Nitrogen | 2024 Period 2 | 6 mg/L | 8.6 mg/L | SMP-001 |
| Nitrogen | 2024 Period 2 | 6 mg/L | 20 mg/L | SMP-002 |
| Nitrogen | 2024 Period 1 | 6 mg/L | 7.3 mg/L | SMP-001 |
| Nitrogen | 2024 Period 1 | 6 mg/L | 25 mg/L | SMP-002 |
| Nitrogen | 2023 Period 2 | 6 mg/L | 4 mg/L | SMP-001 |
| Nitrogen | 2023 Period 2 | 6 mg/L | 19 mg/L | SMP-002 |
| Nitrogen | 2023 Period 1 | 6 mg/L | 7.1 mg/L | SMP-001 |
| Nitrogen | 2023 Period 1 | 6 mg/L | 59 mg/L | SMP-002 |
| Nitrogen | 2023 Period 1 | 6 mg/L | 26 mg/L | SMP-001 |
| Nitrogen | 2023 Period 1 | 6 mg/L | 17 mg/L | SMP-002 |
| Nitrogen | 2022 Period 2 | 6 mg/L | 24 mg/L | SMP-001 |
| Nitrogen | 2022 Period 2 | 6 mg/L | 24 mg/L | SMP-002 |
| Nitrogen | 2022 Period 1 | 6 mg/L | 14 mg/L | SMP-001 |
| Nitrogen | 2022 Period 1 | 6 mg/L | 23 mg/L | SMP-002 |
| Nitrogen | 2021 Period 2 | 6 mg/L | 34 mg/L | SMP-001 |
| Nitrogen | 2021 Period 2 | 6 mg/L | 8.1 mg/L | SMP-002 |
| Nitrogen | 2021 Period 1 | 6 mg/L | 15 mg/L | SMP-001 |
| Nitrogen | 2021 Period 1 | 6 mg/L | 13 mg/L | SMP-002 |
| Nitrogen | 2020 Period 2 | 6 mg/L | 17 mg/L | SMP-001 |
| Nitrogen | 2020 Period 2 | 6 mg/L | 11 mg/L | SMP-002 |
| Phosphorus | 2025 Period 1 | 2 mg/L | 42.6 mg/L | SMP-002 |
| Phosphorus | 2024 Period 2 | 2 mg/L | 4.09 mg/L | SMP-001 |
| Phosphorus | 2024 Period 2 | 2 mg/L | 9.37 mg/L | SMP-002 |
| Phosphorus | 2024 Period 1 | 2 mg/L | 4.01 mg/L | SMP-001 |
| Phosphorus | 2024 Period 1 | 2 mg/L | 34.3 mg/L | SMP-002 |
| Phosphorus | 2023 Period 2 | 2 mg/L | 16.8 mg/L | SMP-002 |
| Phosphorus | 2023 Period 1 | 2 mg/L | 4.77 mg/L | SMP-001 |
| Phosphorus | 2023 Period 1 | 2 mg/L | 56.4 mg/L | SMP-002 |
| Phosphorus | 2023 Period 1 | 2 mg/L | 15.1 mg/L | SMP-001 |
| Phosphorus | 2023 Period 1 | 2 mg/L | 6.1 mg/L | SMP-002 |
| Phosphorus | 2022 Period 1 | 2 mg/L | 9.71 mg/L | SMP-001 |

Notice of Violations and Intent to File Suit
May 30, 2025
Page 19 of 47

| Phosphorus | 2021 Period 2 | 2 mg/L | 7.41 mg/L | SMP-001 |
| Phosphorus | 2021 Period 1 | 2 mg/L | 7.26 mg/L | SMP-001 |
| Phosphorus | 2020 Period 2 | 2 mg/L | 4.01 mg/L | SMP-001 |
| Phosphorus | 2020 Period 2 | 2 mg/L | 5.88 mg/L | SMP-002 |

**Table 3: Summary of Hillburn Facility's Self-Reported Benchmark Exceedances
(2020 Period 1 – Present)**

| Pollutant | Year/Monitoring Period | Benchmark | Sample Concentration | Outfall |
|---|---|---|---|---|
| COD | 2024 Period 2 | 120 mg/L | 330 mg/L | SMP-004 |
| COD | 2024 Period 1 | 120 mg/L | 220 mg/L | SMP-005 |
| COD | 2022 Period 2 | 120 mg/L | 480 mg/L | SMP-004 |
| COD | 2020 Period 2 | 120 mg/L | 240 mg/L | SMP-004 |
| COD | 2020 Period 2 | 120 mg/L | 310 mg/L | SMP-005 |
| TSS | 2024 Period 2 | 100 mg/L | 150 mg/L | SMP-005 |
| TSS | 2022 Period 2 | 100 mg/L | 270 mg/L | SMP-004 |
| TSS | 2020 Period 2 | 100 mg/L | 110 mg/L | SMP-004 |
| Nitrogen | 2024 Period 1 | 6 mg/L | 36 mg/L | SMP-002 |
| Nitrogen | 2023 Period 2 | 6 mg/L | 6.4 mg/L | SMP-001 |
| Nitrogen | 2023 Period 2 | 6 mg/L | 7.7 mg/L | SMP-002 |
| Nitrogen | 2023 Period 1 | 6 mg/L | 8.8 mg/L | SMP-002 |
| Nitrogen | 2023 Period 1 | 6 mg/L | 6.3 mg/L | SMP-002 |
| Nitrogen | 2022 Period 2 | 6 mg/L | 8.6 mg/L | SMP-002 |
| Nitrogen | 2022 Period 1 | 6 mg/L | 8.4 mg/L | SMP-002 |
| Nitrogen | 2021 Period 2 | 6 mg/L | 6.1 mg/L | SMP-001 |
| Nitrogen | 2021 Period 2 | 6 mg/L | 12 mg/L | SMP-002 |
| Nitrogen | 2020 Period 2 | 6 mg/L | 6.2 mg/L | SMP-002 |
| Nitrogen | 2020 Period 1 | 6 mg/L | 7.4 mg/L | SMP-001 |
| Nitrogen | 2020 Period 1 | 6 mg/L | 11 mg/L | SMP-002 |
| Aluminum | 2024 Period 1 | 750 ug/L | 2990 ug/L | SMP-005 |
| Aluminum | 2022 Period 2 | 750 ug/L | 3052 ug/L | SMP-004 |
| Aluminum | 2020 Period 2 | 750 ug/L | 905.4 ug/L | SMP-004 |
| Aluminum | 2020 Period 1 | 750 ug/L | 848.8 ug/L | SMP-004 |
| Copper | 2024 Period 2 | 12 ug/L | 13.3 ug/L | SMP-004 |
| Copper | 2024 Period 1 | 12 ug/L | 13.3 ug/L | SMP-004 |
| Copper | 2024 Period 1 | 12 ug/L | 46.8 ug/L | SMP-005 |
| Copper | 2022 Period 2 | 12 ug/L | 44.42 ug/L | SMP-004 |
| Iron | 2024 Period 2 | 1 mg/L | 3.78 mg/L | SMP-002 |
| Iron | 2024 Period 2 | 1 mg/L | 2.41 mg/L | SMP-004 |
| Iron | 2024 Period 1 | 1 mg/L | 1.28 mg/L | SMP-002 |
| Iron | 2024 Period 1 | 1 mg/L | 1.45 mg/L | SMP-004 |

Notice of Violations and Intent to File Suit
May 30, 2025
Page 20 of 47

| | | | | |
|---|---|---|---|---|
| Iron | 2024 Period 1 | 1 mg/L | 5.94 mg/L | SMP-005 |
| Iron | 2022 Period 2 | 1 mg/L | 7.58 mg/L | SMP-004 |
| Iron | 2022 Period 1 | 1 mg/L | 1.27 mg/L | SMP-004 |
| Iron | 2020 Period 1 | 1 mg/L | 1.61 mg/L | SMP-004 |
| Lead | 2022 Period 2 | 69 ug/L | 129.2 ug/L | SMP-004 |
| Zinc | 2024 Period 2 | 116 ug/L | 294 ug/L | SMP-004 |
| Zinc | 2024 Period 1 | 110 ug/L | 294 ug/L | SMP-005 |
| Zinc | 2022 Period 2 | 110 ug/L | 434.5 ug/L | SMP-005 |
| Zinc | 2020 Period 1 | 110 ug/L | 120.3 ug/L | SMP-004 |

**Table 4:  Summary of West Haverstraw Facility's Self-Reported Benchmark Exceedances
(2020 Period 1 – Present)**

| Pollutant | Year/Monitoring Period | Benchmark | Sample Concentration | Outfall |
|---|---|---|---|---|
| COD | 2024 Period 2 | 120 mg/L | 1600 mg/L | SMP-001 |
| COD | 2024 Period 2 | 120 mg/L | 250 mg/L | SMP-002 |
| COD | 2023 Period 1 | 120 mg/L | 200 mg/L | SMP-001 |
| COD | 2022 Period 1 | 120 mg/L | 130 mg/L | SMP-002 |
| COD | 2020 Period 2 | 120 mg/L | 150 mg/L | SMP-001 |
| COD | 2020 Period 2 | 120 mg/L | 320 mg/L | SMP-002 |
| COD | 2020 Period 1 | 120 mg/L | 270 mg/L | SMP-001 |
| COD | 2020 Period 1 | 120 mg/L | 280 mg/L | SMP-002 |
| TSS | 2024 Period 2 | 100 mg/L | 270 mg/L | SMP-001 |
| TSS | 2023 Period 1 | 100 mg/L | 230 mg/L | SMP-001 |
| TSS | 2020 Period 2 | 100 mg/L | 120 mg/L | SMP-001 |
| TSS | 2020 Period 2 | 100 mg/L | 160 mg/L | SMP-002 |
| TSS | 2020 Period 1 | 100 mg/L | 130 mg/L | SMP-001 |
| TSS | 2020 Period 1 | 100 mg/L | 140 mg/L | SMP-002 |
| O&G | 2024 Period 2 | 15 mg/L | 37 mg/L | SMP-001 |
| O&G | 2023 Period 1 | 15 mg/L | 22 mg/L | SMP-001 |
| Aluminum | 2024 Period 2 | 750 ug/L | 2160 ug/L | SMP-001 |
| Aluminum | 2024 Period 2 | 750 ug/L | 1810 ug/L | SMP-002 |
| Aluminum | 2023 Period 1 | 750 ug/L | 2431 ug/L | SMP-001 |
| Aluminum | 2023 Period 1 | 750 ug/L | 810 ug/L | SMP-002 |
| Aluminum | 2022 Period 1 | 750 ug/L | 2054 ug/L | SMP-002 |
| Aluminum | 2020 Period 2 | 750 ug/L | 3051 ug/L | SMP-001 |
| Aluminum | 2020 Period 2 | 750 ug/L | 2273 ug/L | SMP-002 |
| Aluminum | 2020 Period 1 | 750 ug/L | 1042 ug/L | SMP-001 |
| Aluminum | 2020 Period 1 | 750 ug/L | 1442 ug/L | SMP-002 |
| Copper | 2024 Period 2 | 12 ug/L | 13.1 ug/L | SMP-001 |
| Copper | 2024 Period 2 | 12 ug/L | 45.1 ug/L | SMP-002 |

Notice of Violations and Intent to File Suit
May 30, 2025
Page 21 of 47

| Copper | 2023 Period 2 | 12 ug/L | 18.3 ug/L | SMP-001 |
|--------|---------------|---------|-----------|---------|
| Copper | 2023 Period 2 | 12 ug/L | 14.91 ug/L | SMP-002 |
| Copper | 2023 Period 1 | 12 ug/L | 39.98 ug/L | SMP-001 |
| Copper | 2023 Period 1 | 12 ug/L | 18.16 ug/L | SMP-002 |
| Copper | 2022 Period 2 | 12 ug/L | 13.52 ug/L | SMP-001 |
| Copper | 2022 Period 1 | 12 ug/L | 16.78 ug/L | SMP-001 |
| Copper | 2022 Period 1 | 12 ug/L | 29.88 ug/L | SMP-002 |
| Copper | 2020 Period 2 | 12 ug/L | 54.88 ug/L | SMP-001 |
| Copper | 2020 Period 2 | 12 ug/L | 46.9 ug/L | SMP-002 |
| Copper | 2020 Period 1 | 12 ug/L | 23.8 ug/L | SMP-001 |
| Copper | 2020 Period 1 | 12 ug/L | 29.42 ug/L | SMP-002 |
| Iron | 2024 Period 2 | 1 mg/L | 3.63 mg/L | SMP-001 |
| Iron | 2024 Period 2 | 1 mg/L | 3.76 mg/L | SMP-002 |
| Iron | 2023 Period 2 | 1 mg/L | 1.7 mg/L | SMP-002 |
| Iron | 2023 Period 1 | 1 mg/L | 4.61 mg/L | SMP-001 |
| Iron | 2023 Period 1 | 1 mg/L | 1.85 mg/L | SMP-002 |
| Iron | 2022 Period 1 | 1 mg/L | 1.4 mg/L | SMP-001 |
| Iron | 2022 Period 2 | 1 mg/L | 4.69 mg/L | SMP-002 |
| Iron | 2020 Period 2 | 1 mg/L | 6.6 mg/L | SMP-001 |
| Iron | 2020 Period 2 | 1 mg/L | 5.23 mg/L | SMP-002 |
| Iron | 2020 Period 1 | 1 mg/L | 2.19 mg/L | SMP-001 |
| Iron | 2020 Period 1 | 1 mg/L | 2.66 mg/L | SMP-002 |
| Lead | 2024 Period 2 | 69 ug/L | 128 ug/L | SMP-001 |
| Lead | 2023 Period 1 | 69 ug/L | 93.85 ug/L | SMP-001 |
| Lead | 2020 Period 2 | 69 ug/L | 102.6 ug/L | SMP-001 |
| Lead | 2020 Period 1 | 69 ug/L | 99.14 ug/L | SMP-002 |
| Zinc | 2024 Period 2 | 110 ug/L | 762 ug/L | SMP-001 |
| Zinc | 2024 Period 2 | 110 ug/L | 341 ug/L | SMP-002 |
| Zinc | 2023 Period 1 | 110 ug/L | 423.6 ug/L | SMP-001 |
| Zinc | 2022 Period 1 | 110 ug/L | 405.8 ug/L | SMP-002 |
| Zinc | 2020 Period 2 | 110 ug/L | 539.8 ug/L | SMP-001 |
| Zinc | 2020 Period 2 | 110 ug/L | 394 ug/L | SMP-002 |
| Zinc | 2020 Period 1 | 110 ug/L | 170.5 ug/L | SMP-001 |
| Zinc | 2020 Period 1 | 110 ug/L | 261.2 ug/L | SMP-002 |

Notifiers' review of documents submitted by Rockland Green to DEC and the analytical results documenting pollutant levels in stormwater discharges from the Facilities well in excess of applicable benchmarks from multiple outfalls across multiple consecutive sampling periods at each Facility indicate that Rockland Green has not developed and/or implemented sufficient control measures to minimize the exposure of pollutants to stormwater, minimize the discharge of pollutants from the Facilities, and otherwise comply with the non-numeric technology based effluent limitations in the General Permit. In addition to this benchmark sampling, this is underscored by Rockland Green's visual observations of stormwater discharges at the Facilities that indicate the presence of pollution in stormwater and insufficient control measures at the

Notice of Violations and Intent to File Suit
May 30, 2025
Page 22 of 47

Facilities, often showing indicators of stormwater pollution and contamination (such as color, odor, particulates, sediment, or oil sheen).[50]

Accordingly, Rockland Green has not developed and/or implemented adequate pollution controls to meet the federal BAT/BCT standard or comply with the General Permit's non-numeric technology based effluent limits at the Facilities. Rockland Green has violated and will continue to violate the General Permit and the Clean Water Act on each and every day that it fails to develop and/or implement adequate pollution controls. Each discharge of stormwater from the Rockland Green Facilities that is not subject to adequate pollution controls constitutes a separate violation of the General Permit and the Clean Water Act.

These unlawful discharges are ongoing. The discharges from the Rockland Green Facilities are harmful for aquatic systems and can harm sensitive organisms. As further demonstrated below, many of the discharges exceed the standards that the state considers safe for aquatic use. Trout and other salmonids are extremely sensitive to elevated metal concentrations. Each day that each of the Rockland Green Facilities operates without implementing BAT/BCT is a violation of the General Permit. Consistent with the five-year statute of limitations applicable to citizen enforcement actions brought pursuant to the federal Clean Water Act, Rockland Green is subject to penalties for violations of the General Permit and the CWA since May 30, 2020.

**B.    Rockland Green Is Violating the CWA and the General Permit by Failing to Take Required Corrective Actions.**

The General Permit requires permittees to take "corrective actions" in certain instances, including when stormwater sampling results indicate benchmark exceedances or visual monitoring indicates the presence of pollution. Rockland Green must conduct visual monitoring of stormwater discharges from each outfall at least quarterly, unless a waiver is submitted or there was no discharge during a qualifying storm event in that quarter.[51] If the visual monitoring indicates the presence of pollution, corrective action is required.[52] Records documenting the quarterly visual monitoring must be kept with the SWPPP.[53]

Part V.A of the 2023 Permit requires corrective actions when, *inter alia*, "the quarterly visual monitoring indicates the presence of pollution or when the benchmark or numeric effluent limitation monitoring sample results indicate exceedances of the pollutants."[54] Corrective actions are also required if there is evidence indicating that stormwater discharges "are causing, have the reasonable potential to cause, or are contributing to a violation of the water quality standards."[55] Further, corrective actions are required if a non-stormwater discharge is discovered.[56] A failure

---

[50] See below, Tables 5-8.
[51] 2023 Permit, Part IV.E; 2018 Permit, Part IV.E.
[52] 2023 Permit, Part IV.E; 2018 Permit, Part IV.E.
[53] 2023 Permit, Part IV.E.3; 2018 Permit, Part IV.E.3.
[54] *See also* 2018 Permit, Part V.A; 2023 Permit, Part IV.E.5; 2018 Permit, Part IV.E.6.
[55] 2023 Permit, Part II.C.1.b; 2018 Permit, Part II.C.1.b.
[56] 2023 Permit, Part V.B; 2018 Permit, Part V.B.

Notice of Violations and Intent to File Suit
May 30, 2025
Page 23 of 47

to take the necessary and required corrective actions is a violation of the General Permit.[57]

Required corrective actions include, *inter alia*, inspecting a facility for potential sources of stormwater contamination; implementing additional non-structural and/or structural BMPs to address any sources of contamination that are identified to prevent recurrence; and revising the SWPPP in accordance with Part III.E of the General Permit.[58] If there is an event that triggers corrective actions at an outfall that represents other substantially identical outfalls, corrective actions must be completed for all outfalls.[59] The implementation must be completed before the next anticipated storm event, if practicable, but not more than 12 weeks after discovery (unless specific written approval for a longer schedule has been granted by DEC).[60] If the exceedances still continue, the discharger must continue implementing additional BMPs.[61]

Permittees must also document the existence of conditions requiring corrective actions within 24 hours of becoming aware of such condition. Permittees must keep the corrective action documentation listed in Part V.C.a-e of the General Permit with their SWPPP.[62]

Rockland Green has failed and continues to fail to implement sufficient corrective actions as required by the General Permit. These violations are evidenced by the Facilities' continued stormwater sample results showing exceedances of the benchmarks. In addition, as demonstrated below, the Rockland Green Facilities are discharging stormwater that has a reasonable potential to cause or contribute to a violation of numerical and narrative water quality standards ("WQS") which would require sufficient corrective actions pursuant to the General Permit. Rockland Green has failed to take any sufficient corrective actions in direct response to the exceedances and observations of discharges with reasonable potential to cause or contribute to violations of numerical and narrative water quality standards described below in Section II.B.1 of this letter.

### 1. Rockland Green Facilities' Discharges That Have Caused or Contributed to Violations of Water Quality Standards.

### i. Applicable Numerical and Narrative Standards.

6 NYCRR Section 703.5 establishes water quality standards for taste-, color- and odor-producing, toxic and other deleterious substances. Table 1 lists the water quality standards that are applicable based on the particular class of water body.[63] For water bodies with a designation of Class A, Table 1 provides the following water quality standards for pollutants that are discharged from the Clarkstown, French Farms, and Hillburn Facilities:

[57] 2023 Permit, Part V; 2018 Permit, Part V.
[58] 2023 Permit, Parts V.A.1-3; *see also* 2018 Permit, Parts V.A.1-3.
[59] 2023 Permit, Part V; 2018 Permit, Part V.
[60] 2023 Permit, Parts V.A.2.a-b; 2018 Permit, Parts V.A.2.a-b.
[61] 2023 Permit, Part V.A.4. 2018 Permit, Part V.A.4.
[62] 2023 Permit, Part V.C; 2018 Permit, Part V.C.
[63] 6 NYCRR § 703.5.

Notice of Violations and Intent to File Suit
May 30, 2025
Page 24 of 47

- Copper – 13.4 ug/L for Aquatic (Acute) ("A(A)")[64]
- Iron – 300 ug/L for Aesthetic (Water Source) ("A(WS)")
- Lead – 97.1 ug/L for Aquatic (Acute)[65]
- Lead – 50 ug/L for Health (Water Source) ("H(WS)")
- Zinc – 117 ug/L for Aquatic (Acute)[66]
- Cadmium – 3.8 ug/L for Aquatic (Acute)[67]
- Chromium – 0.570 mg/L for Aquatic (Acute)[68]

For water bodies with a designation of Class SB, Table 1 provides the following water quality standards for pollutants that are discharged from the West Haverstraw Facility:

- Copper – 4.8 ug/L for Aquatic (Acute)
- Lead – 204 ug/L for Aquatic (Acute)

6 NYCRR § 703.3 sets dissolved oxygen standards for various class of waters. For Class A non-trout waters, it provides that "the minimum daily average [DO concentration] shall not be less than 5.0 mg/L, and at no time shall the DO concentration be less than 4.0 mg/ L." For Class A trout waters, it provides that, "the minimum daily average shall not be less than 6.0 mg/L, and at no time shall the concentration be less than 5.0 mg/L." For Class SB waters, it provides that the DO concentration "[s]hall not be less than a daily average of 4.8 mg/L."

6 NYCRR § 703.2 sets the following narrative water quality standards for specific water classes that are applicable to the Rockland Green Facilities:

- Taste-, color-, and odor-producing, toxic and other deleterious substances – "None in amounts that will adversely affects the taste, color or odor thereof, or impair the waters for their best usages." ("Taste/Color/Odor" standard). Applies, *inter alia*, to Class A and SB waters.
- Suspended, colloidal and settleable solids – "None from sewage, industrial wastes or other wastes that will cause deposition or impair the waters for their best usages." ("Suspended Solids" standard). Applies, *inter alia*, to Class A and SB waters.
- Oil and floating substances – "No residue attributable to sewage, industrial wastes or other wastes, nor visible oil film nor globules of grease." ("Oil and Floating" standard). Applies, *inter alia*, to Class A and SB waters.
- Phosphorus and nitrogen – "None in amounts that will result in growths of algae, weeds and slimes that will impair the waters for their best usages." Applies, *inter alia*, to Class A and SB waters.

---

[64] This is based on hardness and assumes a hardness of 100 ppm.
[65] This is based on hardness and assumes a hardness of 100 ppm.
[66] This is based on hardness and assumes a hardness of 100 ppm.
[67] This is based on hardness and assumes a hardness of 100 ppm.
[68] This is based on hardness and assumes a hardness of 100 ppm.

ii. **Clarkstown Campus Facility's Violations of WQS Triggering Corrective Actions.**

Notifiers allege that many discharges from the Clarkstown Campus Facility have been causing or contributing to violations of New York's water quality standards with respect to the Clarkstown Facility's discharges to a portion of the Hackensack River that is designated Class A. The discharges listed above in Table 1 have contained measurements of copper, iron, lead, and zinc in excess of the applicable water quality standards for copper (A(A)), iron (A(WS)), lead (A(A) and H(WS)), and zinc (A(A)) established by DEC for Class A waters.

In addition, as set forth in Table 1, the Clarkstown Facility's own stormwater sampling measured Chemical Oxygen Demand concentrations above the benchmark concentration cutoff at numerous times during the past several years, with many of these measurements many multiples and, at times, an order of magnitude above the benchmark. Chemical Oxygen Demand is a measure of the amount of dissolved oxygen in water that will be consumed by chemical reactions (oxidation) between the water and the pollutants in the Facility's stormwater. A high COD value indicates elevated quantities of oxygen-consuming pollutants. Stormwater discharges with high levels of COD reduce the amount of dissolved oxygen in receiving waters, thereby contributing to hypoxic conditions. Notifiers allege that the elevated levels of Chemical Oxygen Demand in the Facility's stormwater discharges are instances that Rockland Green has caused or contributed to violations of the applicable water quality standards for dissolved oxygen established by DEC in the Hackensack River.

Further, Notifiers allege that Rockland Green's visual observations of stormwater discharges as set forth below in Table 5 are instances when the Clarkstown Facility's stormwater discharges have caused or contributed to violations of applicable narrative water quality standards.

**Table 5: Summary of Clarkstown Campus Facility's Observations of Narrative Water Quality Standard Violations**

| Observation | Observation Date | Narrative Standard | Outfall |
|---|---|---|---|
| Brown color | 5/15/2024 | Taste/Color/Odor | 001 |
| Suspended particulates | 5/15/2024 | Suspended Solids | 001 |
| Brown color | 5/15/2024 | Taste/Color/Odor | 002 |
| Suspended particulates | 5/15/2024 | Suspended Solids | 002 |
| Brown color | 5/15/2024 | Taste/Color/Odor | 003 |
| Organic odor | 5/15/2024 | Taste/Color/Odor | 003 |
| Brown color | 5/15/2024 | Taste/Color/Odor | 004 |
| Organic odor | 5/15/2024 | Taste/Color/Odor | 004 |
| Brown/Grey color | 3/5/2024 | Taste/Color/Odor | 001 |
| Suspended sediment | 3/5/2024 | Suspended Solids | 001 |
| Brown color | 3/5/2024 | Taste/Color/Odor | 002 |

Notice of Violations and Intent to File Suit
May 30, 2025
Page 26 of 47

| | | | |
|---|---|---|---|
| Suspended sediment | 3/5/2024 | Suspended Solids | 002 |
| Brown color | 3/5/2024 | Taste/Color/Odor | 004 |
| Organic odor | 3/5/2024 | Taste/Color/Odor | 004 |
| Suspended particulates | 3/5/2024 | Suspended Solids | 004 |
| Organic film | 3/5/2024 | Oil and Floating | 004 |
| Yellow color | 3/5/2024 | Taste/Color/Odor | 005 |
| Brown tint | 11/22/2023 | Taste/Color/Odor | 002 |
| Foam floating | 11/22/2023 | Oil and Floating | 002 |
| Suspended sediment | 11/22/2023 | Suspended Solids | 002 |
| Brownish tint | 11/22/2023 | Taste/Color/Odor | 004 |
| Organic odor | 11/22/2023 | Taste/Color/Odor | 004 |
| Suspended particulates | 11/22/2023 | Suspended Solids | 004 |
| Organic film | 11/22/2023 | Oil and Floating | 004 |
| Brown tint | 9/18/2023 | Taste/Color/Odor | 002 |
| Suspended sediment | 9/18/2023 | Suspended Solids | 002 |
| Brown tint | 9/18/2023 | Taste/Color/Odor | 003 |
| Suspended particulates | 9/18/2023 | Suspended Solids | 003 |
| Brownish tint | 9/18/2023 | Taste/Color/Odor | 004 |
| Organic odor | 9/18/2023 | Taste/Color/Odor | 004 |
| Suspended particulates | 9/18/2023 | Suspended Solids | 004 |
| Organic film | 9/18/2023 | Oil and Floating | 004 |
| Brown-greyish tint | 1/19/2023 | Taste/Color/Odor | 001 |
| Organic odor | 1/19/2023 | Taste/Color/Odor | 001 |
| Suspended sediment | 1/19/2023 | Suspended Solids | 001 |
| Brown color | 1/19/2023 | Taste/Color/Odor | 002 |
| Earthly odor | 1/19/2023 | Taste/Color/Odor | 002 |
| Suspended particulates | 1/19/2023 | Suspended Solids | 002 |
| Brown color | 1/19/2023 | Taste/Color/Odor | 004 |
| Organic odor | 1/19/2023 | Taste/Color/Odor | 004 |
| Floating particulates | 1/19/2023 | Oil and Floating | 004 |
| Suspended sediment | 1/19/2023 | Suspended Solids | 004 |
| Grey tint | 12/6/2022 | Taste/Color/Odor | 002 |
| Organic odor | 12/6/2022 | Taste/Color/Odor | 002 |
| Suspended sediment | 12/6/2022 | Suspended Solids | 002 |
| Grey-brownish color | 12/6/2022 | Taste/Color/Odor | 004 |
| Organic odor | 12/6/2022 | Taste/Color/Odor | 004 |
| Floating debris | 12/6/2022 | Oil and Floating | 004 |
| Suspended sediment | 12/6/2022 | Suspended Solids | 004 |
| Brownish tint | 3/24/2022 | Taste/Color/Odor | 001 |
| Suspended particulates | 3/24/2022 | Suspended Solids | 001 |
| Greyish tint | 3/24/2022 | Taste/Color/Odor | 002 |
| Organic odor | 3/24/2022 | Taste/Color/Odor | 002 |
| Suspended particulates | 3/24/2022 | Suspended Solids | 002 |

| Grey tint | 3/24/2022 | Taste/Color/Odor | 004 |
|---|---|---|---|
| Waste odor | 3/24/2022 | Taste/Color/Odor | 004 |
| Suspended particulates | 3/24/2022 | Suspended Solids | 004 |
| Yellow tint | 10/26/2021 | Taste/Color/Odor | 003 |
| Waste odor | 10/26/2021 | Taste/Color/Odor | 004 |
| Yellowish tint | 4/1/2021 | Taste/Color/Odor | 002 |
| Organic odor | 4/1/2021 | Taste/Color/Odor | 002 |
| Brown tint | 10/13/2020 | Taste/Color/Odor | 002 |
| Suspended particulates | 10/13/2020 | Suspended Solids | 002 |
| Brownish tint | 10/13/2020 | Taste/Color/Odor | 004 |
| Organic odor | 10/13/2020 | Taste/Color/Odor | 004 |
| Brownish tint | 8/4/2020 | Taste/Color/Odor | 001 |
| Suspended particulates | 8/4/2020 | Suspended Solids | 001 |
| Grayish tint | 8/4/2020 | Taste/Color/Odor | 002 |
| Suspended particulates | 8/4/2020 | Suspended Solids | 002 |
| Grayish tint | 8/4/2020 | Taste/Color/Odor | 004 |
| Organic odor | 8/4/2020 | Taste/Color/Odor | 004 |
| Floating organic sheen | 8/4/2020 | Oil and Floating | 004 |
| Suspended particulates | 8/4/2020 | Suspended Solids | 004 |
| Suspended particulates | 4/13/2020 | Suspended Solids | 001 |
| Grayish tint | 4/13/2020 | Taste/Color/Odor | 004 |
| Floating organic sheen | 4/13/2020 | Oil and Floating | 004 |
| Suspended particulates | 4/13/2020 | Suspended Solids | 004 |

### iii. French Farms Facility's Violations of WQS Triggering Corrective Actions.

Notifiers allege that discharges from the French Farms Campus Facility are causing or contributing to violations of New York's water quality standards with respect to the French Farms Facility's discharges to DeForest Lake which is designated Class A. The discharges listed above in Table 2 have contained measurements of iron and zinc in excess of the applicable water quality standards for iron (A(WS)) and zinc (A(A)) established by DEC for Class A waters.

Further, Notifiers allege that Rockland Green's visual observations of stormwater discharges as set forth below in Table 6 are instances when the French Farms Facility's stormwater discharges have caused or contributed to violations of applicable narrative water quality standards.

Notice of Violations and Intent to File Suit
May 30, 2025
Page 28 of 47

**Table 6:  Summary of French Farms Facility's Observations of Narrative Water Quality Standard Violations**

| Observation | Observation Date | Narrative Standard | Outfall |
|---|---|---|---|
| Dark yellow color | 3/5/2024 | Taste/Color/Odor | 001 |
| Compost odor | 3/5/2024 | Taste/Color/Odor | 001 |
| Dark brown color | 3/5/2024 | Taste/Color/Odor | 002 |
| Compost odor | 3/5/2024 | Taste/Color/Odor | 002 |
| Dark yellow-brown color | 11/22/2023 | Taste/Color/Odor | 001 |
| Compost odor | 11/22/2023 | Taste/Color/Odor | 001 |
| Dark yellow-brown color | 11/22/2023 | Taste/Color/Odor | 002 |
| Compost odor | 11/22/2023 | Taste/Color/Odor | 002 |
| Brown color | 9/18/2023 | Taste/Color/Odor | 001 |
| Compost odor | 9/18/2023 | Taste/Color/Odor | 001 |
| Yellow-brownish color | 9/18/2023 | Taste/Color/Odor | 002 |
| Compost odor | 9/18/2023 | Taste/Color/Odor | 002 |
| Brown tint | 6/28/2023 | Taste/Color/Odor | 001 |
| Compost odor | 6/28/2023 | Taste/Color/Odor | 001 |
| Brown color | 6/28/2023 | Taste/Color/Odor | 002 |
| Compost odor | 6/28/2023 | Taste/Color/Odor | 002 |
| Brown tint | 1/19/2023 | Taste/Color/Odor | 001 |
| Compost odor | 1/19/2023 | Taste/Color/Odor | 001 |
| Brown color | 1/19/2023 | Taste/Color/Odor | 002 |
| Compost odor | 1/19/2023 | Taste/Color/Odor | 002 |
| Sediment | 1/19/2023 | Suspended Solids | 002 |
| Yellow-brown tint | 12/6/2022 | Taste/Color/Odor | 001 |
| Compost odor | 12/6/2022 | Taste/Color/Odor | 001 |
| Yellow-brown tint | 12/6/2022 | Taste/Color/Odor | 002 |
| Compost odor | 12/6/2022 | Taste/Color/Odor | 002 |
| Yellow-brown tint | 6/27/2022 | Taste/Color/Odor | 002 |
| Compost odor | 6/27/2022 | Taste/Color/Odor | 002 |
| Brown tint | 3/24/2022 | Taste/Color/Odor | 001 |
| Compost odor | 3/24/2022 | Taste/Color/Odor | 001 |
| Yellow-brown tint | 3/24/2022 | Taste/Color/Odor | 002 |
| Compost odor | 3/24/2022 | Taste/Color/Odor | 002 |
| Brown color | 10/26/2021 | Taste/Color/Odor | 001 |
| Compost odor | 10/26/2021 | Taste/Color/Odor | 001 |
| Yellow-brown tint | 10/26/2021 | Taste/Color/Odor | 002 |
| Compost odor | 10/26/2021 | Taste/Color/Odor | 002 |
| Yellow tint | 4/1/2021 | Taste/Color/Odor | 001 |
| Compost odor | 4/1/2021 | Taste/Color/Odor | 001 |
| Yellow tint | 4/1/2021 | Taste/Color/Odor | 002 |

| Organic odor | 4/1/2021 | Taste/Color/Odor | 002 |
|---|---|---|---|
| Brown color | 10/13/2020 | Taste/Color/Odor | 001 |
| Organic odor | 10/13/2020 | Taste/Color/Odor | 001 |
| Particulates | 10/13/2020 | Suspended Solids | 001 |
| Brown color | 10/13/2020 | Taste/Color/Odor | 002 |
| Organic odor | 10/13/2020 | Taste/Color/Odor | 002 |
| Brown color | 8/4/2020 | Taste/Color/Odor | 001 |
| Organic odor | 8/4/2020 | Taste/Color/Odor | 001 |
| Organic sheen | 8/4/2020 | Oil and Floating | 001 |
| Particulates | 8/4/2020 | Suspended Solids | 001 |
| Brown color | 8/4/2020 | Taste/Color/Odor | 002 |
| Organic odor | 8/4/2020 | Taste/Color/Odor | 002 |
| Organic sheen | 8/4/2020 | Oil and Floating | 002 |
| Particulates | 8/4/2020 | Suspended Solids | 002 |

### iv. Hillburn Campus Facility's Violations of WQS Triggering Corrective Actions.

Notifiers allege that many discharges from the Hillburn Campus Facility have been causing or contributing to violations of New York's water quality standards with respect to the Hillburn Facility's discharges to a portion of the Ramapo River that is designated Class A(T). The discharges listed above in Table 3 have contained measurements of copper, iron, lead, and zinc in excess of the applicable water quality standards for copper (A(A)), iron (A(WS)), lead (A(A) and H(WS)), and zinc (A(A)) established by DEC for Class A waters. Trout are particularly sensitive to metals and require very high levels of dissolved oxygen to thrive.

In addition, as set forth in Table 3, the Hillburn Facility's own stormwater sampling measured Chemical Oxygen Demand concentrations above the benchmark concentration cutoff at numerous times during the past several years, with many of these measurements many multiples and, at times, an order of magnitude above the benchmark. Notifiers allege that the elevated levels of Chemical Oxygen Demand in the Facility's stormwater discharges are instances that Rockland Green has caused or contributed to violations of the applicable water quality standards for dissolved oxygen established by DEC in the Ramapo River.

Further, Notifiers allege that Rockland Green's visual observations of stormwater discharges as set forth below in Table 7 are instances when the Hillburn Facility's stormwater discharges have caused or contributed to violations of applicable narrative water quality standards.

Notice of Violations and Intent to File Suit
May 30, 2025
Page 30 of 47

**Table 7: Summary of Hillburn Campus Facility's Observations of Narrative Water Quality Standard Violations**

| Observation | Observation Date | Narrative Standard | Outfall |
|---|---|---|---|
| Particulates | 3/5/2024 | Suspended Solids | 001 |
| Yellow tint | 3/5/2024 | Taste/Color/Odor | 002 |
| Sweet odor | 3/5/2024 | Taste/Color/Odor | 002 |
| Grey tint | 3/5/2024 | Taste/Color/Odor | 004 |
| Grey tint | 3/5/2024 | Taste/Color/Odor | 005 |
| Brown tint | 11/22/2024 | Taste/Color/Odor | 001 |
| Particulates | 11/22/2024 | Suspended Solids | 001 |
| Brown tint | 11/22/2024 | Taste/Color/Odor | 002 |
| Sweet odor | 11/22/2024 | Taste/Color/Odor | 002 |
| Grey tint | 11/22/2024 | Taste/Color/Odor | 004 |
| Brown tint | 9/18/2023 | Taste/Color/Odor | 002 |
| Sweet odor | 9/18/2023 | Taste/Color/Odor | 002 |
| Brown/yellow color | 9/18/2023 | Taste/Color/Odor | 003 |
| Particulates | 9/18/2023 | Suspended Solids | 003 |
| Brown/yellow color | 9/18/2023 | Taste/Color/Odor | 004 |
| Brown color | 6/28/2023 | Taste/Color/Odor | 002 |
| Sweet odor | 6/28/2023 | Taste/Color/Odor | 002 |
| Brown color | 6/28/2023 | Taste/Color/Odor | 003 |
| Particulates | 6/28/2023 | Suspended Solids | 003 |
| Brown tint | 1/19/2023 | Taste/Color/Odor | 002 |
| Sweet odor | 1/19/2023 | Taste/Color/Odor | 002 |
| Grey color | 1/19/2023 | Taste/Color/Odor | 004 |
| Sediment | 1/19/2023 | Suspended Solids | 004 |
| Yellow tint | 12/6/2022 | Taste/Color/Odor | 002 |
| Sweet odor | 12/6/2022 | Taste/Color/Odor | 002 |
| Grey tint | 12/6/2022 | Taste/Color/Odor | 004 |
| Organic (waste) odor | 12/6/2022 | Taste/Color/Odor | 004 |
| Sediment | 12/6/2022 | Suspended Solids | 004 |
| Brown tint | 9/22/2022 | Taste/Color/Odor | 002 |
| Yellow tint | 6/27/2022 | Taste/Color/Odor | 002 |
| Sweet odor | 6/27/2022 | Taste/Color/Odor | 002 |
| Yellow/brown tint | 3/24/2022 | Taste/Color/Odor | 002 |
| Sweet odor | 3/24/2022 | Taste/Color/Odor | 002 |
| Particulates | 3/24/2022 | Suspended Solids | 002 |
| Grey tint | 3/24/2022 | Taste/Color/Odor | 004 |
| Sediment | 3/24/2022 | Suspended Solids | 004 |
| Brown tint | 10/26/2021 | Taste/Color/Odor | 001 |
| Organic odor | 10/26/2021 | Taste/Color/Odor | 001 |

Notice of Violations and Intent to File Suit
May 30, 2025
Page 31 of 47

| | | | |
|---|---|---|---|
| Brown tint | 10/26/2021 | Taste/Color/Odor | 002 |
| Sweet odor | 10/26/2021 | Taste/Color/Odor | 002 |
| Yellow tint | 10/26/2021 | Taste/Color/Odor | 004 |
| Yellow tint | 4/1/2021 | Taste/Color/Odor | 002 |
| Sweet odor | 4/1/2021 | Taste/Color/Odor | 002 |
| Particulates | 4/1/2021 | Suspended Solids | 003 |
| Yellow tint | 10/13/2020 | Taste/Color/Odor | 002 |
| Sweet and earthly odor | 10/13/2020 | Taste/Color/Odor | 002 |
| Yellow color | 10/13/2020 | Taste/Color/Odor | 003 |
| Earthy odor | 10/13/2020 | Taste/Color/Odor | 003 |
| Particulates | 10/13/2020 | Suspended Solids | 003 |
| Grey tint | 10/13/2020 | Taste/Color/Odor | 004 |
| Rust color | 8/4/2020 | Taste/Color/Odor | 003 |
| Particulates | 8/4/2020 | Suspended Solids | 003 |
| Gray tint | 8/4/2020 | Taste/Color/Odor | 004 |
| Sheen | 8/4/2020 | Oil and Floating | 004 |
| Particulates | 8/4/2020 | Suspended Solids | 004 |
| Gray tint | 8/4/2020 | Taste/Color/Odor | 005 |
| Petroleum and organic odor | 8/4/2020 | Taste/Color/Odor | 005 |
| Particulates | 8/4/2020 | Suspended Solids | 005 |

### v. West Haverstraw Facility's Violations of WQS Triggering Corrective Actions.

Notifiers allege that many discharges from the West Haverstraw Facility have been causing or contributing to violations of New York's water quality standards with respect to the West Haverstraw Facility's discharges to a portion of the Hudson River that is designated Class SB. The discharges listed above in Table 4 have contained measurements of copper in excess of the applicable water quality standards for copper (A(A)) established by DEC for Class SB waters.

In addition, as set forth in Table 4, the West Haverstraw Facility's own stormwater sampling measured Chemical Oxygen Demand concentrations above the benchmark concentration cutoff at numerous times during the past several years, with many of these measurements many multiples and, at times, an order of magnitude above the benchmark. Notifiers allege that the elevated levels of Chemical Oxygen Demand in the Facility's stormwater discharges are instances that Rockland Green has caused or contributed to violations of the applicable water quality standards for dissolved oxygen established by DEC in the Hudson River.

Further, Notifiers allege that Rockland Green's visual observations of stormwater discharges as set forth below in Table 8 are instances when the West Haverstraw Facility's

Notice of Violations and Intent to File Suit
May 30, 2025
Page 32 of 47

stormwater discharges have caused or contributed to violations of applicable narrative water quality standards.

**Table 8:  Summary of West Haverstraw Facility's Observations of Narrative Water Quality Standard Violations**

| Observation | Observation Date | Narrative Standard | Outfall |
|---|---|---|---|
| Grey tint | 3/5/2024 | Taste/Color/Odor | 002 |
| Brown tint | 9/18/2023 | Taste/Color/Odor | 001 |
| Brown tint | 9/18/2023 | Taste/Color/Odor | 002 |
| Waste odor | 9/18/2023 | Taste/Color/Odor | 002 |
| Sediment | 9/18/2023 | Suspended Solids | 002 |
| Grey color | 1/19/2023 | Taste/Color/Odor | 001 |
| Waste odor | 1/19/2023 | Taste/Color/Odor | 001 |
| Sediment | 1/19/2023 | Suspended Solids | 001 |
| Yellow tint | 1/19/2023 | Taste/Color/Odor | 002 |
| Waste odor | 12/7/2022 | Taste/Color/Odor | 001 |
| Brown tint | 3/24/2022 | Taste/Color/Odor | 001 |
| Organic (waste-like) odor | 3/24/2022 | Taste/Color/Odor | 001 |
| Particulates | 3/24/2022 | Suspended Solids | 001 |
| Brown tint | 3/24/2022 | Taste/Color/Odor | 002 |
| Organic (waste-like) odor | 3/24/2022 | Taste/Color/Odor | 002 |
| Brown tint | 10/26/2021 | Taste/Color/Odor | 001 |
| Organic (waste-like) odor | 10/26/2021 | Taste/Color/Odor | 001 |
| Particulates | 10/26/2021 | Suspended Solids | 001 |
| Brown tint | 10/26/2021 | Taste/Color/Odor | 002 |
| Organic (waste-like) odor | 10/26/2021 | Taste/Color/Odor | 002 |
| Brown tint | 4/1/2021 | Taste/Color/Odor | 002 |
| Organic odor | 4/1/2021 | Taste/Color/Odor | 002 |
| Organic sheen | 4/1/2021 | Oil and Floating | 002 |
| Particulates | 4/1/2021 | Suspended Solids | 002 |
| Brown color | 10/13/20 | Taste/Color/Odor | 001 |
| Petroleum odor | 10/13/20 | Taste/Color/Odor | 001 |
| Organic sheen | 10/13/20 | Oil and Floating | 001 |
| Particulates | 10/13/20 | Suspended Solids | 001 |
| Brown color | 10/13/20 | Taste/Color/Odor | 002 |
| Petroleum odor | 10/13/20 | Taste/Color/Odor | 002 |
| Organic sheen | 10/13/20 | Oil and Floating | 002 |
| Particulates | 10/13/20 | Suspended Solids | 002 |
| Gray tint | 8/4/2020 | Taste/Color/Odor | 001 |
| Petroleum odor | 8/4/2020 | Taste/Color/Odor | 001 |
| Organic sheen | 8/4/2020 | Oil and Floating | 001 |

Notice of Violations and Intent to File Suit
May 30, 2025
Page 33 of 47

| Particulates | 8/4/2020 | Suspended Solids | 001 |
|---|---|---|---|
| Gray tint | 8/4/2020 | Taste/Color/Odor | 002 |
| Petroleum odor | 8/4/2020 | Taste/Color/Odor | 002 |
| Organic sheen | 8/4/2020 | Oil and Floating | 002 |
| Particulates | 8/4/2020 | Suspended Solids | 002 |

### C.    Rockland Green is Violating the CWA and the General Permit by Failing to Comply with SWPPP Requirements.

The General Permit requires that all facilities must develop and implement (*i.e.*, follow) a Stormwater Pollution Prevention Plan in accordance with general requirements and sector-specific requirements.[69] Part III of the General Permit requires Rockland Green's SWPPP to "document[] the practices and procedures to ensure compliance with the conditions of [the General Permit], including the selection, design, installation and maintenance of *control measures* selected to meet *effluent limitations* in Parts II and VII."[70] Among other things, the SWPPP must include, at a minimum: (1) information related to a facility's stormwater pollution prevention team; (2) a general site description; (3) a summary of potential pollutant sources; (4) measures related to handling of spills and releases; (5) a general location map; (6) a site map identifying the location of the facility and all receiving waters to which stormwater discharges; (7) a description of the stormwater control measures and best management practices; (8) monitoring and sampling data; (9) permit documents and correspondence with DEC; (10) inspection schedules and documentation; (11) corrective action documentation; and (12) monitoring and reporting documentation.[71]

The General Permit requires that a SWPPP include a list of reportable spills or releases of unauthorized non-stormwater discharges that "may adversely affect water quality that occurred during the three-year period prior to the date of the submission of a NOI," was well as update the list when reportable spills or releases occur.[72] Following any spill or release, a facility is required to evaluate the adequacy of BMPs in the SWPPP and if inadequate, update the SWPPP to identify new BMPs to prevent the reoccurrence.[73] Further, the owner or operator of a facility is required to notify the DEC Regional Waste Manager of an unauthorized non-stormwater discharge, begin immediate actions to eliminate the discharge, and then documents these actions in the SWPPP.[74]

The General Permit requires that the SWPPP includes a site map that identifies a number of required features.[75] The General Permit requires that the SWPPP map identify locations of the following areas where areas are exposed to precipitation or stormwater run-on, *inter alia*: fueling

---

[69] 2023 Permit, Part I.D.1.a(1); 2018 Permit, Part I.D.a.1.

[70] *See also* 2018 Permit, Part III.

[71] 2023 Permit, Part III.A; 2018 Permit, Part III.A.

[72] 2023 Permit, Part III.A.4.b; *see also* 2018 Permit, Part III.A.4.b.

[73] 2023 Permit, Part III.A.4.c; 2018 Permit, Part III.A.4.c.

[74] 2023 Permit, Part V.B.1.a.(1); 2018 Permit, Part V.B.1.a.(1).

[75] 2023 Permit, Part III.A.6; 2018 Permit, Part III.A.6.

Notice of Violations and Intent to File Suit
May 30, 2025
Page 34 of 47

stations, loading/unloading areas, and locations of potential pollutant sources identified under Part III.A.3 [a description of a activities, pollutants, and the potential for those pollutants in the stormwater for each area of a facility where industrial activities or materials are exposed to stormwater.][76]

Part III.A.7 of the General Permit sets forth the requirements related to the SWPPP's documentation and explanation of certain stormwater controls. It requires that "[i]f the owner or operator determines that any of the BMPs described in Part II.A, or any sector-specific BMPs in Part VII, are not appropriate for the facility, an explanation of why they are not appropriate must be included in the SWPPP per Part II.D."[77] The General Permit also requires the SWPPP to "document the location and type of BMPs installed and implemented at the facility to achieve the non-numeric effluent limitations in Part II.A and where applicable in Part VII, and the sector specific numeric effluent limitations in Part VII."[78]

Several subsections of Part III.A.7 of the General Permit set forth additional specific BMP requirements:

- Part III.A.7.g requires the SWPPP to "describe BMPs selected to eliminate discharges of solid materials, including waste, garbage and floating debris, to surface waters of the State."[79]
- Part III.A.7.h requires the SWPPP to "describe BMPs selected to minimize off-site vehicle tracking of raw, final, or waste materials or sediments, and the generation of dust."[80]
- Part III.A.7.i of the General Permit requires the SWPPP to "describe BMPs selected to stabilize exposed areas and contain runoff using structural and/or non-structural control measures to minimize onsite erosion and sedimentation, and the resulting discharge of pollutants."[81] This requires the SWPPP to identify certain erosive areas at a facility as well required corresponding BMPs.
- Part III.A.7.j of the General Permit requires the SWPPP to "describe the traditional stormwater management practices (permanent structural BMPs) that currently exist or that are planned for the facility."[82]

In addition, Part III.E.2 of the General Permit requires that the SWPPP must be amended when, *inter alia*, stormwater monitoring reveals that a facility's BMPs are ineffective in eliminating or significantly minimizing pollutants from potential pollutant sources.[83]

Notifiers allege that Rockland Green's SWPPPs for the Facilities have violated numerous

---

[76] 2023 Permit, Part III.A.6.n; 2018 Permit, Part III.A.6.m.
[77] 2023 Permit, Part III.A.7; 2018 Permit, Part III.A.7.
[78] 2023 Permit, Part III.A.7; 2018 Permit, Part III.A.7.
[79] 2023 Permit, Part III.A.7.g; 2018 Permit, Part III.A.7.g.
[80] 2023 Permit, Part III.A.7.h; 2018 Permit, Part III.A.7.h.
[81] 2023 Permit, Part III.A.7.i; 2018 Permit, Part III.A.7.i.
[82] 2023 Permit, Part III.A.7.j; 2018 Permit, Part III.A.7.j.
[83] 2023 Permit, Part III.E.2; *see also* 2018 Permit, Part III.E.2.

Notice of Violations and Intent to File Suit
May 30, 2025
Page 35 of 47

requirements set forth in the General Permit, as described below. Rockland Green's failures to prepare and/or implement adequate SWPPPs, and to amend them based on exceedances and observations, constitute violations of the General Permit. These violations are ongoing.

### 1. Clarkstown Facility's SWPPP Violations.

Notifiers allege that the Clarkstown Facility's SWPPP map fails to show fueling stations, loading/unloading areas, and the locations of potential pollutant sources identified under Part III.A.3 of the SWPPP [i.e., Section 3.7 of the SWPPP] with respect to fueling and material handling.[84]

Notifiers allege that the Clarkstown Facility's SWPPP fails to include a number of sector-specific BMPs and SWPPP requirements as set forth in Part VII of the General Permit for Sectors A and N-3, or alternatively, fails to include an explanation of why those BMPs are not appropriate.[85] With respect to Sector A, the SWPPP site map fails to specifically identify the wood processing area.[86] The SWPPP also fails to comply with Part VII's "Additional Non-Numeric Effluent Limits" ("NNEL") for the "Erosion and Sediment Control Plan," specifically failing to "include details of temporary and permanent structural and vegetative measures that will be used to control erosion and sedimentation from areas at the facility."[87]

With respect to Sector N, the SWPPP site map fails to specifically identify the scrap and waste material storage areas.[88] With respect to the NNEL to "Minimize Contact of Particulate Matter," the SWPPP fails to address and document considerations of the required BMPs for good housekeeping measures.[89] With respect the NNEL for "Residual Liquids & Fluids," the Clarkstown SWPPP fails to mention floor drains or liquid wastes.[90] With respect to the NNEL for "Spill and Leak Prevention," the Clarkstown Facility's SWPPP fails to provide for immediate containment and cleanup of spills/leaks and also fails to discuss the potential adequate supply of dry absorbents and disposal thereof."[91] The SWPPP also fails to document a consideration of overfill protection devices.[92]

Regarding additional NNELs for sub-sector N-3, for the "Inbound Recyclable &Waste Control Program," the Clarkstown Facility's SWPPP fails to include "provisions for information/education flyers, brochures and pamphlets to suppliers of scrap and recyclable waste materials" nor does it include "[p]rocedures to require certification by suppliers of inbound shipments of recyclable materials that the items identified above [in Part VII] were completed."[93]

---

[84] *See* 2023 Permit, Part III.A.6.n; *see also* 2018 Permit, Part III.A.6.m.

[85] *See* 2023 Permit, Part III.A.7; *see also* 2018 Permit, Part III.A.7.

[86] *See* 2023 Permit, Part VII (Sector A); *see also* 2018 Permit, Part VII (Sector A).

[87] *See* 2023 Permit, Part VII (Sector A); *see also* 2018 Permit, Part VII (Sector A).

[88] *See* 2023 Permit, Part VII (Sector N); *see also* 2018 Permit, Part VII (Sector N).

[89] *See* 2023 Permit, Part VII (Sector N); *see also* 2018 Permit, Part VII (Sector N).

[90] *See* 2023 Permit, Part VII (Sector N); *see also* 2018 Permit, Part VII (Sector N).

[91] *See* 2023 Permit, Part VII (Sector N); *see also* 2018 Permit, Part VII (Sector N).

[92] *See* 2023 Permit, Part VII (Sector N); *see also* 2018 Permit, Part VII (Sector N).

[93] *See* 2023 Permit, Part VII (Sector N); *see also* 2018 Permit, Part VII (Sector N).

Notice of Violations and Intent to File Suit
May 30, 2025
Page 36 of 47

With respect to the NNEL for "Scrap & Recyclable Waste Processing Areas," the Clarkstown Facility's SWPPP fails to document consideration of the listed BMPs or their equivalents.[94]

Notifiers allege that the Clarkstown Facility's SWPPP fails to describe the various BMPs required by Parts III.A.7.g-j of the General Permit.

Finally, Notifiers allege that Rockland Green has failed to amend the Clarkstown Facility's SWPPP in response to stormwater monitoring of continuing exceedances of benchmark monitoring cut-off concentrations demonstrating that the Facility's BMPs are ineffective in eliminating or significantly minimizing pollutants from potential pollutant sources.[95]

## 2. French Farms Facility's SWPPP Violations.

Notifiers allege that the French Farms Facility's SWPPP fails to include reference to the unauthorized non-storm water discharge that occurred at SMP-002 on August 2, 2023.[96] Notifiers allege that Rockland Green has failed to update the French Farms Facility's SWPPP to identify new BMPs to prevent the reoccurrence of the unauthorized non-storm water discharge.[97] Notifiers allege that Rockland Green failed to document in the SWPPP the required actions to notify the DEC Regional Waste Manager of the unauthorized non-stormwater discharge and to begin immediate actions to eliminate the discharge.[98]

Notifiers allege that the French Farms Facility's SWPPP map fails to show loading/unloading areas, and the locations of potential pollutant sources identified under Part III.A.3 of the SWPPP [i.e., Section 3.7 of the SWPPP] with respect to vehicle traffic and material handling.[99]

Notifiers allege that the French Farms Facility's SWPPP fails to include a sector-specific BMP and SWPPP requirement as set forth in Part VII of the General Permit for Sector C, or alternatively, fails to include an explanation of why that BMP is not appropriate.[100] With respect to the NNEL for "Good Housekeeping," the French Farms Facility's SWPPP fails to include "[a] schedule for regular pickup and disposal of garbage and waste materials, or adopt other appropriate measures to reduce the potential for the discharge of stormwater that has come into contact with garbage or waste materials."[101]

Notifiers allege that the French Farms Facility's SWPPP fails to describe the various BMPs required by Parts III.A.7.g-j of the General Permit.

---

[94] *See* 2023 Permit, Part VII (Sector N); *see also* 2018 Permit, Part VII (Sector N).
[95] *See* 2023 Permit, Part III.E.2; *see also* 2018 Permit, Part III.E.2.
[96] *See* 2023 Permit, Part III.A.4.b; *see also* 2018 Permit, Part III.A.4.b.
[97] *See* 2023 Permit, Part III.A.4.b; *see also* 2018 Permit, Part III.A.4.b.
[98] *See* 2023 Permit, Part V.B.1.a.(1); *see also* 2018 Permit, Part V.B.1.a.(1).
[99] *See* 2023 Permit, Part III.A.6.n; *see also* 2018 Permit, Part III.A.6.m.
[100] *See* 2023 Permit, Part III.A.7; *see also* 2018 Permit, Part III.A.7.
[101] *See* 2023 Permit, Part VII (Sector C); *see also* 2018 Permit, Part VII (Sector C).

Notice of Violations and Intent to File Suit
May 30, 2025
Page 37 of 47

Finally, Notifiers allege that Rockland Green has failed to amend the French Farms Facility's SWPPP in response to stormwater monitoring of continuing exceedances of benchmark monitoring cut-off concentrations demonstrating that the Facility's BMPs are ineffective in eliminating or significantly minimizing pollutants from potential pollutant sources.[102]

### 3.    Hillburn Facility's SWPPP Violations.

Notifiers allege that the Hillburn Facility's SWPPP map fails to show fueling stations, loading/unloading areas, and the locations of potential pollutant sources identified under Part III.A.3 of the SWPPP [i.e., Section 3.7 of the SWPPP] with respect to fueling and material handling.[103]

Notifiers allege that the Hillburn Facility's SWPPP fails to include a number of sector-specific BMPs and SWPPP requirements as set forth in Part VII of the General Permit for Sectors C, N-1, and N-3, or alternatively, fails to include an explanation of why those BMPs are not appropriate.[104] With respect to Sector C, the SWPPP site map fails to specifically identify the processing and storage area.[105] The SWPPP also fails to include a description of the processing and storage area.[106] With respect to the NNEL for "Good Housekeeping," the Hillburn SWPPP fails to include "[a] schedule for regular pickup and disposal of garbage and waste materials, or adopt other appropriate measures to reduce the potential for the discharge of stormwater that has come into contact with garbage or waste materials."[107]

With respect to Sector N, the SWPPP site map fails to specifically identify the scrap and waste material storage areas and where materials and sorted, transferred, and stockpiled.[108] With respect to the NNEL to "Minimize Contact of Particulate Matter," the SWPPP fails to address and document considerations of the required BMPs for good housekeeping measures.[109] With respect to the NNEL for "Stockpiled materials, processed materials and Non-Recyclable Wastes," the Hillburn Facility's SWPPP fails to describe or consider the enumerated BMPs. With respect to the NNEL for "Residual Liquids & Fluids," the Hillburn Facility's SWPPP fails to mention floor drains or liquid wastes.[110] With respect to the NNEL for "Spill and Leak Prevention," the Hillburn Facility's SWPPP fails to provide for immediate containment and cleanup of spills/leaks and also fails to discuss the potential adequate supply of dry absorbents and disposal thereof."[111] The SWPPP also fails to document a consideration of overfill protection

---

[102] See 2023 Permit, Part III.E.2; see also 2018 Permit, Part III.E.2.
[103] 2023 Permit, Part III.A.6.n; 2018 Permit, Part III.A.6.m.
[104] See 2023 Permit, Part III.A.7; see also 2018 Permit, Part III.A.7.
[105] See 2023 Permit, Part VII (Sector C); see also 2018 Permit, Part VII (Sector C).
[106] See 2023 Permit, Part VII (Sector C); see also 2018 Permit, Part VII (Sector C).
[107] See 2023 Permit, Part VII (Sector C); see also 2018 Permit, Part VII (Sector C).
[108] See 2023 Permit, Part VII (Sector N); see also 2018 Permit, Part VII (Sector N).
[109] See 2023 Permit, Part VII (Sector N); see also 2018 Permit, Part VII (Sector N).
[110] See 2023 Permit, Part VII (Sector N); see also 2018 Permit, Part VII (Sector N).
[111] See 2023 Permit, Part VII (Sector N); see also 2018 Permit, Part VII (Sector N).

Notice of Violations and Intent to File Suit
May 30, 2025
Page 38 of 47

devices.[112]

Regarding additional NNELs for sub-sector N-1, for the "Inbound Waste Control Program," the Hillburn Facility's SWPPP fails to comply with the required measures and entirely fails to mention drop off containers.[113]

Regarding additional NNELs for sub-sector N-3, for the "Inbound Recyclable &Waste Control Program," the Hillburn Facility's SWPPP fails to include "provisions for information/education flyers, brochures and pamphlets to suppliers of scrap and recyclable waste materials" nor does it include "[p]rocedures to require certification by suppliers of inbound shipments of recyclable materials that the items identified above [in Part VII] were completed."[114] With respect to the NNEL for "Scrap & Recyclable Waste Processing Areas," the Hillburn Facility's SWPPP fails to document consideration of the listed BMPs or their equivalents.[115]

Notifiers allege that the Hillburn Facility's SWPPP fails to describe the various BMPs required by Parts III.A.7.g-j of the General Permit.

Finally, Notifiers allege that Rockland Green has failed to amend the Hillburn Facility's SWPPP in response to stormwater monitoring of continuing exceedances of benchmark monitoring cut-off concentrations demonstrating that the Facility's BMPs are ineffective in eliminating or significantly minimizing pollutants from potential pollutant sources.[116]

### 4.    West Haverstraw Facility's SWPPP Violations.

Notifiers allege that the West Haverstraw Facility's SWPPP fails to include reference to the unauthorized non-storm water discharges that occurred at SMP-001 on June 30, 2022; May 31, 2023; and July 26, 2023.[117] Notifiers allege that Rockland Green has failed to update the West Haverstraw Facility's SWPPP to identify new BMPs to prevent the reoccurrence of the unauthorized non-storm water discharges.[118] Notifiers allege that Rockland Green failed to document in the SWPPP the required actions to notify the DEC Regional Waste Manager of the unauthorized non-stormwater discharges and to begin immediate actions to eliminate the discharges.[119]

Notifiers allege that the West Haverstraw Facility's SWPPP map fails to show loading/unloading areas, storage areas, and the locations of potential pollutant sources identified under Part III.A.3 of the SWPPP [i.e., Section 3.7 of the SWPPP] with respect to vehicle traffic,

---

[112] *See* 2023 Permit, Part VII (Sector N); *see also* 2018 Permit, Part VII (Sector N).
[113] *See* 2023 Permit, Part VII (Sector N); *see also* 2018 Permit, Part VII (Sector N).
[114] *See* 2023 Permit, Part VII (Sector N); *see also* 2018 Permit, Part VII (Sector N).
[115] *See* 2023 Permit, Part VII (Sector N); *see also* 2018 Permit, Part VII (Sector N).
[116] 2023 Permit, Part III.E.2; 2018 Permit, Part III.E.2.
[117] *See* 2023 Permit, Part III.A.4.b; *see also* 2018 Permit, Part III.A.4.b.
[118] *See* 2023 Permit, Part III.A.4.b; *see also* 2018 Permit, Part III.A.4.b.
[119] *See* 2023 Permit, Part V.B.1.a.(1); *see also* 2018 Permit, Part V.B.1.a.(1).

Notice of Violations and Intent to File Suit
May 30, 2025
Page 39 of 47

material handling, and trailer storage.[120]

Notifiers allege that the West Haverstraw Facility's SWPPP fails to include a number of sector-specific BMPs and SWPPP requirements as set forth in Part VII of the General Permit for Sector N-3, or alternatively, fails to include an explanation of why those BMPs are not appropriate.[121] The SWPPP site map fails to specifically identify the scrap and waste material storage areas and where materials and sorted, transferred, and stockpiled.[122] With respect to the NNEL to "Minimize Contact of Particulate Matter," the SWPPP fails to address and document considerations of the required BMPs for good housekeeping measures.[123] With respect the NNEL for "Stockpiled materials, processed materials and Non-Recyclable Wastes," the West Haverstraw Facility's SWPPP fails to describe or consider the enumerated BMPs. With respect the NNEL for "Residual Liquids & Fluids," the West Haverstraw Facility's SWPPP fails to mention floor drains or liquid wastes.[124] With respect to the NNEL for "Spill and Leak Prevention," the West Haverstraw Facility's SWPPP fails to provide for immediate containment and cleanup of spills/leaks and also fails to discuss the potential adequate supply of dry absorbents and disposal thereof."[125] The SWPPP also fails to document a consideration of overfill protection devices.[126]

Regarding additional NNELs for sub-sector N-3, for the "Inbound Recyclable &Waste Control Program," the West Haverstraw Facility's SWPPP fails to include "provisions for information/education flyers, brochures and pamphlets to suppliers of scrap and recyclable waste materials" nor does it include "[p]rocedures to require certification by suppliers of inbound shipments of recyclable materials that the items identified above [in Part VII] were completed.[127] With respect to the NNEL for "Scrap & Recyclable Waste Processing Areas," the West Haverstraw Facility's SWPPP fails to document consideration of the listed BMPs or their equivalents.[128]

Notifiers allege that the West Haverstraw Facility's SWPPP fails to describe the various BMPs required by Parts III.A.7.g-j of the General Permit.

Finally, Notifiers allege that Rockland Green has failed to amend the West Haverstraw Facility's SWPPP in response to stormwater monitoring of continuing exceedances of benchmark monitoring cut-off concentrations demonstrating that the Facility's BMPs are ineffective in eliminating or significantly minimizing pollutants from potential pollutant sources.[129]

---

[120] *See* 2023 Permit, Part III.A.6.n; *see also* 2018 Permit, Part III.A.6.m.

[121] *See* 2023 Permit, Part III.A.7; *see also* 2018 Permit, Part III.A.7.

[122] *See* 2023 Permit, Part VII (Sector N); *see also* 2018 Permit, Part VII (Sector N).

[123] *See* 2023 Permit, Part VII (Sector N); *see also* 2018 Permit, Part VII (Sector N).

[124] *See* 2023 Permit, Part VII (Sector N); *see also* 2018 Permit, Part VII (Sector N).

[125] *See* 2023 Permit, Part VII (Sector N); *see also* 2018 Permit, Part VII (Sector N).

[126] *See* 2023 Permit, Part VII (Sector N); *see also* 2018 Permit, Part VII (Sector N).

[127] *See* 2023 Permit, Part VII (Sector N); *see also* 2018 Permit, Part VII (Sector N).

[128] *See* 2023 Permit, Part VII (Sector N); *see also* 2018 Permit, Part VII (Sector N).

[129] *See* 2023 Permit, Part III.E.2; *see also* 2018 Permit, Part III.E.2.

Notice of Violations and Intent to File Suit
May 30, 2025
Page 40 of 47

D.     **Rockland Green Is Violating the CWA and the General Permit by Failing to Comply with Inspections and Monitoring Requirements.**

The General Permit requires that operators comply with comprehensive inspection, monitoring, reporting, and record retention requirements, some of which are summarized herein.

1.     **Failure to Collect and Analyze Stormwater Discharges From All Qualifying Storm Events.**

The General Permit requires Rockland Green to monitor stormwater discharges from the Facilities, sample those discharges, and submit complete and accurate reports to DEC.[130]

Unless a valid waiver is submitted, Rockland Green must also sample stormwater discharges from each outfall at the Facilities and compare to benchmark monitoring cut-off concentrations at least semi-annually for all parameters.[131] The General Permit's benchmark sampling requirements require that "[e]ach outfall must be sampled" and that "[a] sample must be taken of the stormwater discharge resulting from a qualifying storm event with at least 0.1 inch of precipitation."[132] A "qualifying storm event" is a defined term in the General Permit.[133]

Rockland Green must document storm events during which any samples are taken or visual monitoring occurs and keep this storm event documentation with the SWPPP.[134] Laboratory sample analysis reports must also be kept with the SWPPP.[135] The sampling results must also be submitted to DEC as a "Discharge Monitoring Report," and a copy of the Discharge Monitoring Report (DMR) must be included with the SWPPP.[136]

As noted below, during certain periods Rockland Green has failed to collect and analyze stormwater samples from each outfall at several of the Facilities on a semi-annual basis, despite making visual observations of stormwater discharges from those very outfalls during qualifying storm events during those same periods.[137]

---

[130] 2023 Permit Part IV.D to IV.G, Appxs. C, D, and F. 2018 Permit Parts IV, VI, Appxs. H.8.g, H.9.

[131] 2023 Permit, Part IV.F.2; 2018 Permit, Part IV.F.2.

[132] 2023 Permit, Part IV.D.1; 2018 Permit Part IV.D.1. *See also* 2023 Permit, Part IV.F.3.a ("Monitoring of stormwater discharges associated with industrial activity from each outfall must be performed and documented. . ."); 2018 Permit, Part IV.F.3.a (same).

[133] 2023 Permit, Appendix A (definitions) ("Qualifying Storm Event – a storm event with at least 0.1 inch of precipitation (defined as a "measurable" event), providing the interval from the preceding measurable storm is at least 72 hours. The 72-hour storm interval is waived if the preceding measurable storm did not result in a stormwater discharge (e.g., a storm events in excess of 0.1 inches may not result in a stormwater discharge at some facilities), or if the owner or operator is able to document that less than a 72-hour interval is representative for local storm events during the sampling period."); 2018 Permit Appendix A (definitions) (same).

[134] 2023 Permit, Part IV.D.2; 2018 Permit, Part IV.D.2.

[135] 2023 Permit, Part IV.D.3; 2018 Permit, Part IV.D.3.

[136] 2023 Permit, Part IV.F.3.d.1; 2018 Permit, Part IV.F.3.d.1.

[137] Notifiers notes that the observations of discharges on the indicated dates are all taken from the Facilities' Quarterly Visual Monitoring forms.

Notice of Violations and Intent to File Suit
May 30, 2025
Page 41 of 47

### i.    Clarkstown Campus Facility's Monitoring Violations.

In 2024, Rockland Green failed to collect and analyze a stormwater sample from SMP-005 during Period 1 despite observing a discharge from SMP-005 on March 5, 2024.

In 2023, Rockland Green failed to collect and analyze a stormwater sample from SMP-003 during Period 2 despite observing a discharge from SMP-003 on September 18, 2023.

In 2022, Rockland Green failed to collect and analyze stormwater samples from SMP-003 and SMP-005[138] during Period 2 despite observing discharges from SMP-003 and SMP-005 on September 22, 2022.

In 2021, Rockland Green failed to collect and analyze a stormwater sample from SMP-003 during Period 2 despite observing a discharge from SMP-003 on October 26, 2021.

### ii.    Hillburn Facility's Monitoring Violations.

In 2024, Rockland Green failed to collect and analyze a stormwater sample from SMP-003 during Period 1 despite observing discharges from SMP-003 on both March 5, 2024, and May 15, 2024.

In 2024, Rockland Green failed to collect and analyze a stormwater sample from SMP-001 during Period 1 despite observing a discharge from SMP-001 on March 5, 2024.

In 2022, Rockland Green failed to collect and analyze stormwater samples from SMP-001 and SMP-003 during Period 2 despite observing discharges from SMP-001 and SMP-003 on September 22, 2022.

In 2021, Rockland Green failed to collect and analyze stormwater samples from SMP-002, SMP-003, and SMP-004 during Period 1 despite observing discharges from SMP-002, SMP-003, and SMP-004 on April 1, 2021.

### iii.    West Haverstraw Facility's Monitoring Violations.

In 2024, Rockland Green failed to collect and analyze a stormwater sample from SMP-001 during Period 1 despite observing discharges from SMP-001 on both March 5, 2024, and May 15, 2024.

In 2024, Rockland Green failed to collect and analyze a stormwater sample from SMP-002 during Period 1 despite observing a discharge from SMP-002 on March 5, 2024.

In 2022, Rockland Green failed to collect and analyze a stormwater sample from SMP-002 during Period 1 despite observing a discharge from SMP-002 on September 22, 2022.

---

[138] Note that Rockland Green previously referred to outfall SMP-005 at the Clarkstown Facility as B-001.

Notice of Violations and Intent to File Suit
May 30, 2025
Page 42 of 47

In 2021, Rockland Green failed to collect and analyze a stormwater sample from SMP-002 during Period 1 despite observing a discharge from SMP-002 on April 1, 2021.

In 2021, Rockland Green failed to collect and analyze stormwater samples from SMP-001 and SMP-002 during Period 2 despite observing discharges from SMP-001 and SMP-002 on October 26, 2021.

### 2. Failure to Conduct Required Sampling and Monitoring from Unmonitored Outfall at Clarkstown Facility.

Notifiers allege that Rockland Green has failed to collect and analyze any stormwater samples from an unmonitored outfall at the Clarkstown Facility. Notifiers allege that there is an additional outfall at the Clarkstown Facility at the southern perimeter of Drainage Area D, at approximately the mid-point between SMP-003 and the Mulch Storage Area. This outfall is not marked on the SWPPP map, nor is it described in the SWPPP. Rockland Green has failed to collect and analyze stormwater discharges from this outfall. Rockland Green has failed to conduct required quarterly visual monitoring at this outfall.[139]

### III.

### PERSON RESPONSIBLE FOR ALLEGED VIOLATIONS

Rockland County Solid Waste Management Authority d/b/a Rockland Green is the person[140] responsible for the violations alleged in this Notice as the owner and/or operator of the Facilities. As discussed above, Rockland Green filed an NOI for each of the Facilities to be covered by General Permit.

### IV.

### LOCATIONS OF THE ALLEGED VIOLATIONS

The violations alleged in this Notice have occurred and continue to occur at the following locations:

- Clarkstown Facility – 166 South Route 303, West Nyack, NY 10994
- French Farms Facility – 226 Brewery Road, New City, NY 10956
- Hillburn Facility – 400-420 Torne Valley Road, Hillburn, NY 10931

---

[139] *See* 2023 Permit, Part IV.E; 2018 Permit, Part IV.F.

[140] A "person" within the meaning of the Clean Water Act includes "an individual, corporation, partnership, association, State, municipality, commission, or political subdivision of a State, or any interstate body." CWA Section 502(5), 33 U.S.C. § 1362(5). Rockland Green is a corporation and a political subdivision of New York – it is a public benefit corporation established under the New York Public Authorities Law.

- West Haverstraw Facility – 200 Beach Road, Haverstraw, NY 10993

The failures to develop and implement stormwater pollution prevention plans and take the other required measures are violations occurring at the Facilities in general and in the inadequate documents themselves.[141]

**V.**

## **DATES OF VIOLATION**

The violations alleged above include unlawful discharges of pollutants, failures to implement pollution controls and corrective actions, and failures to inspect, monitor, report, and keep records. The dates of those violations are discussed in this section.[142]

### A.   Violations of TBEL, Corrective Action, and SWPPP Requirements.

With respect to the violations alleged in Section II.A, above, for failing to implement adequate pollution control measures, and the violations alleged in Section II.C, above, for failing to develop, implement, and update its SWPPPs as required by the General Permit, Notifiers allege that each of those violations occurred in each and every day from May 30, 2020, to date, a total of 1,827 days for each violation. These violations are continuing each and every day. Notifiers intend to include in the suit they intend to file, all additional dates of violation that occur until Rockland Green is in full compliance with those requirements.

### B.   Violations of Corrective Action Requirements.

With respect to the violations alleged in Section II.B, above, for failing to implement corrective actions, Notifiers allege that each of those violations occurred in each and every day from at least May 16, 2024, to date, a total of 380 days for each violation. These violations are continuing each and every day. Notifiers intend to include in the suit they intend to file, all additional dates of violation that occur until Rockland Green is in full compliance with those requirements.

---

[141] The federal courts have held that a reasonably specific indication of the area where discharge or control measure violations occurred, such as the name of the facility, is sufficient, that violations for failure to prepare and implement a SWPPP, a BMP plan, and a monitoring and reporting plan are within the SWPPP, the BMP and the monitoring and reporting plans themselves, and that more precise locations need not be included in the notice. *See, e.g.*, *NRDC v. Sw. Marine, Inc.*, 945 F. Supp. 1330, 1333 (S.D. Cal. 1996), *aff'd* 236 F.3d 985, 996 (9th Cir. 2000); *City of New York v. Anglebrook Ltd. P'ship*, 891 F. Supp. 900, 908 (S.D.N.Y. 1995); *United Anglers v. Kaiser Sand & Gravel Co.*, No. C 95-2066 CW, 1995 U.S. Dist. LEXIS 22449 at *4 (N.D. Cal. Sept. 27, 1995).

[142] With respect to the dates of violation, like the other aspects of 40 C.F.R. § 135.3 (Contents of Notice), the federal courts have explained that only "reasonable specificity" is required, *Catskill Mts. Chapter of Trout Unlimited, Inc. v. City of N.Y.*, 273 F.3d 481, 488 (2d Cir. 2001), and the pre-suit notice satisfies the regulatory requirements if it allows the *recipient* to identify when the alleged violations occurred, *Paolino v. JF Realty, LLC*, 710 F.3d 31, 37 (1st Cir. 2013).

Notice of Violations and Intent to File Suit
May 30, 2025
Page 44 of 47

C.        **Violations of Inspection and Monitoring Requirements.**

With respect to Rockland Green's failures to complete necessary collection and analysis of stormwater discharges, as discussed above, alleged in Section II.D, above, the dates of violation are as follows.

Notifiers allege that Rockland Green failed to collect and analyze all of its discharges at the Clarkstown Facility during Period 1 of 2024, Period 2 of 2023, Period 2 of 2022, and Period 2 of 2021. Notifiers allege that Rockland Green failed to collect and analyze all of its discharges at the Hillburn Facility during Period 1 of 2024, Period 2 of 2022, and Period 1 of 2021. Notifiers allege that Rockland Green failed to collect and analyze all of its discharges at the West Haverstraw Facility during Period 1 of 2024, Period 1 of 2022, and Periods 1 and 2 of 2021.

Notifiers allege that Rockland Green failed to conduct visual monitoring of its unmonitored outfall at the Clarkstown Facility during every quarter for the past five years.

With respect to the failure to collect and analyze stormwater discharges from the unmonitored outfall at the Clarkstown Facility, based on historical precipitation data,[143] Notifiers allege that discharges occurred during from the outfall during each required period of monitoring for the past five years.

To the extent that Notifiers learn through discovery or otherwise that Rockland Green violated or continues to violate the inspection and monitoring requirements on other dates, Notifiers intend to include those dates in the suit it intends to file.

Accordingly, Rockland Green is liable for the above-described violations occurring prior to the date of this Notice, and for every day after the date of this Notice that these violations continue. In addition to the violations set forth above, this Notice covers all violations of the Clean Water Act evidenced by information that becomes available to Notifiers after the date of this Notice.[144] These violations are ongoing and will continue until Rockland Green achieves full compliance with the General Permit and the Clean Water Act.

---

[143] Notifiers based this information on rain dates when the Clarkstown Facility was operating and when 0.1 inch or more rain was observed at the nearest weather station to the Clarkstown Facility (Stony Point). Rain data was accessed from the National Oceanic and Atmospheric Administration. *Climate Data Online Search*, NAT'L OCEANIC & ATMOSPHERIC ADMIN., https://www.ncdc.noaa.gov/cdo-web/search (last visited May 30, 2025).

[144] *See, e.g. Pub. Interest Research Grp. v. Hercules, Inc.*, 50 F.3d 1239, 1248-49 (3d Cir. 1995) (a notice that adequately identifies specific violations to a potential defendant also covers repeated and related violations that the plaintiff learns of later. "For example, if a permit holder has discharged pollutant 'x' in excess of the permitted effluent limit five times in a month but the citizen has learned only of four violations, the citizen will give notice of the four violations of which the citizen then has knowledge but should be able to include the fifth violation in the suit when it is discovered.")

Notice of Violations and Intent to File Suit
May 30, 2025
Page 45 of 47

## VI.

## <u>RELIEF REQUESTED</u>

Notifiers will ask the Court to order Rockland Green to comply with the Clean Water Act, to pay penalties, and to pay Notifiers' legal fees and other litigation costs.

First, Notifiers will seek declaratory relief and injunctive relief to prevent further violations of the Clean Water Act pursuant to Sections 505(a) and (d) and such other relief as permitted by law. Notifiers will seek an order from the Court requiring Rockland Green to fully comply with the General Permit, including but not limited to implementing BAT/BCT at the Facilities, preparing and implementing sufficient SWPPPs for the Facilities, taking corrective actions, complying with all inspection and monitoring requirements, and correcting all other identified violations through implementation of control measures and demonstration of full regulatory compliance.

Second, pursuant to CWA Section 309(d),[145] each separate violation of the Clean Water Act subjects Rockland Green to a penalty for each violation per day. Notifiers will seek the full penalties allowed by law; the current statutory maximum per violation per day is $66,712.[146]

Third, pursuant to CWA Section 505(d), Notifiers, will seek recovery of their litigation fees and costs (including reasonable attorney and expert witness fees) associated with this matter.[147]

## VII.

## <u>PERSONS GIVING NOTICE</u>

The full name, address, and telephone number of the person giving notice are as follows:

Riverkeeper, Inc.
20 Secor Road
Ossining, NY 10562
(914) 478-4501
Attn: Mike Dulong, Esq.

Hackensack Riverkeeper, Inc.
231 Main Street
Hackensack, NJ 07601
(201) 968-0808
Attn: Michele Langa, Esq.

---

[145] 33 U.S.C. § 1319(d); *see also* 40 C.F.R. § 19.4 (Adjustment of Civil Monetary Penalties for Inflation).
[146] 40 C.F.R. §§ 19.2 and 19.4.
[147] 33 U.S.C. § 1365(d).

## VIII.

## <u>IDENTIFICATION OF COUNSEL</u>

Notifiers are represented by legal counsel in this matter. The name, address, telephone number, and email addresses of Notifiers' attorneys are:

Douglas Chermak
Edan Rotenberg
Super Law Group, LLC
222 Broadway, 22nd Floor
New York, New York 10038
(212) 242-2355, Ext. 1
doug@superlawgroup.com
edan@superlawgroup.com

## X.

## <u>CONCLUSION</u>

The foregoing provides more than sufficient information for Rockland Green to identify the specific standards, limitations, or orders alleged to have been violated, the activities alleged to constitute violations, the persons responsible for the alleged violation, the location of the alleged violations, the dates of such violation, and the full name, address, and telephone number of the person giving notice and their counsel.[148] In addition to the violations set forth above, this Notice covers all violations of the CWA evidenced by information that becomes available after the date of this Notice of Intent to File Suit.[149] Please note that Notifiers are not required to send a new notice letter in response to any effort Rockland Green makes to come into compliance with the Clean Water Act after receiving this letter.[150]

---

[148] 40 C.F.R. § 135.3(a).

[149] *See, e.g. Public Interest Research Grp. v. Hercules, Inc.*, 50 F.3d 1239, 1248-49 (3d Cir.1995) (a notice that adequately identifies specific violations to a potential defendant also covers repeated and related violations that the plaintiff learns of later. "For example, if a permit holder has discharged pollutant 'x' in excess of the permitted effluent limit five times in a month but the citizen has learned only of four violations, the citizen will give notice of the four violations of which the citizen then has knowledge but should be able to include the fifth violation in the suit when it is discovered.").

[150] The federal courts have held that citizens sending a notice letter is "not required to send a second notice letter in order to pursue specific claims regarding the inadequacies of Defendant's post-notice compliance efforts." *WaterKeepers N. Cal. v. AG Indus. Mfg.*, 375 F.3d 913, 920 (9th Cir. 2004). *See also Sw. Marine, Inc.*, 236 F.3d at 997 (9th Cir. 2000) ("[s]ubject matter jurisdiction is established by providing a notice that is adequate on the date it is given to the defendant. The defendant's later changes . . . do not retroactively divest a district court of jurisdiction under 33 U.S.C. § 1365(b)."); *Anglebrook Ltd. P'ship*, 891 F. Supp. at 908 (S.D.N.Y. 1995) (plaintiff's notice letter based on inadequacies of defendant's original SWPPP held sufficient to establish court's jurisdiction, even though defendant later prepared a revised SWPPP).

Notice of Violations and Intent to File Suit
May 30, 2025
Page 47 of 47


        Notifiers intend to file a citizen suit under Section 505(a) of the Clean Water Act against
Rockland Green for the above-referenced violations upon the expiration of the 60-day notice
period. Section 505(b) requires a citizen to give notice of intent to file suit sixty days prior to the
initiation of a civil action under Section 505(a) of the Act. During the sixty-day notice period,
Notifiers are willing to discuss effective remedies for the violations noted in this letter that may
avoid the necessity of protracted litigation. If Rockland Green wishes to pursue such discussions,
please contact the undersigned attorney immediately so that negotiations may be completed
before the end of the sixty-day notice period. We do not intend to delay the filing of a complaint
in federal court, regardless of whether discussions are continuing at the conclusion of the sixty
days.


                                        Sincerely,


                                        _____

                                        Douglas J. Chermak
                                        Super Law Group, LLC
                                        222 Broadway, 22nd Floor
                                        New York, New York 10038
                                        (212) 242-2355, Ext. 1
                                        doug@superlawgroup.com


cc (via First-Class Mail):

Lee Zeldin, Administrator
Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Michael Martucci, EPA Region 2 Administrator
Environmental Protection Agency
290 Broadway
New York, NY 10007-1866

Amanda Lefton, Acting Commissioner
New York State Department of Environmental Conservation
625 Broadway
Albany, NY 12233-1011